UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case. No. 06-357 CKK |
| : | |
| KHAN MOHAMMED : | |

FILED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION TO SEAL**

The United States respectfully moves this Court to place under seal until further notice of the Court the Indictment, arrest warrant, this motion and order. In support thereof, the Government alleges the following:

On December 13, 2006, the Grand Jury returned an Indictment against Khan Mohammed. The Indictment alleges that he distributed 1 kilogram or more of heroin intending and knowing that it would be imported into the United States.

The defendant is currently in custody in Afghanistan. That said, the investigation of other crimes and potential co-conspirators is ongoing, and release of the information in the Indictment would alert the defendant and his associates to the investigation and active prosecution and could frustrate further investigation of their activities.

Additionally, given the security situation in Afghanistan, their awareness of this Indictment would place confidential informants and their families at significant risk of harm.

For these reasons, and to preserve the secrecy of the Indictment, the government respectfully requests that the Court grant the government's motion to seal. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

To aid in extradition, however, and as a matter of diplomatic comity, the United States may need to notify the appropriate foreign officials of the existence of the Indictment and warrant. Accordingly, the United States respectfully requests that it be permitted to inform the proper foreign authorities where the defendants is located of the Indictment, and to provide those appropriate authorities with copies of same.

**WHEREFORE**, for the foregoing reasons, the United States respectfully moves to seal the Indictment, the resulting arrest warrant, this motion and the Court's order thereon and to delay entry on the public docket of the filing of the Indictment, this motion to seal and the Court's order thereon until further order of the Court.

Respectfully submitted,

KENNETH A. BLANCO, CHIEF
NARCOTIC AND DANGEROUS DRUG SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

_____
Matthew Stiglitz
U.S. Department of Justice
Criminal Division
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W. - 8th Floor
Washington, D.C. 20005
(202) 305-3646