UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 06-357 |
| KHAN MOHAMMED | : | |

FILED
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Motion To Seal and the entire record herein, it is this 14th day of December, 2006,

**ORDERED**, that the government's motion is **GRANTED**, nunc pro tunc to December 13, 2006. In support of this ruling, the Court makes the following findings:

1. The investigation of the defendant and potential conspirators remains ongoing. Disclosure of the Indictment may undermine further investigation of them, and subsequent attempts to apprehend it's members.

2. The defendant and others' location in Afghanistan, with it's current security problems, poses a danger to confidential informants and their families, as well as the public at large. Therefore, it is hereby

**ORDERED**, that the Indictment, arrest warrant, the Motion to Seal, and this Court's Order be sealed until further Order of this Court; and it is further,

**ORDERED** that the Clerk may issue the United States copies of the Indictment and arrest warrant, and that United States may inform the appropriate foreign authorities and provide to them copies of the same in order to effect the extradition of the defendant.

_Colleen Kollar-Kotelly_
~~John M. Facciola~~
United States ~~Magistrate~~ Judge