**SEALED** ~~Un~~-WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-357 | MAGIS. NO: |
|---|---|---|
| V.<br>KHAN MOHAMMED<br>FILED NOV 0 5 2007 | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Khan Mohammed<br>Bagram Detention Facility, Afghanistan | |
| DOB:    PDID: | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

DISTRIBUTION OF ONE KILOGRAM OR MORE OF HEROIN INTENDING AND KNOWING THAT THE HEROIN WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:959; 18:2; and 21:853

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED:<br>December 13, 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DEC 13 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12-18-06 / 11-5-07 | NAME AND TITLE OF ARRESTING OFFICER    DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |