UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Case No. 06-357 (CKK)
:
KHAN MOHAMMED :
:

FILED
NOV 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through the U.S. Department of Justice, informs the Court that the above-captioned matter has been assigned to Matthew Stiglitz, Trial Attorney, Department of Justice. This is also a notice of appearance in this matter on behalf of the United States.

Respectfully submitted
KENNETH A. BLANCO, CHIEF
NARCOTIC AND DANGEROUS DRUG SECTION

_____
Matthew R. Stiglitz
Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W. #800
Washington, D.C. 20530
(202) 305-3646
(202) 514-0483 (Fax)
matthew.stiglitz@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was hand-delivered to counsel for the defendant in open court on this 5th day of November, 2007.

_____
Matthew R. Stiglitz