IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | |
| v. | ) | **Cr. Case No. 06-357 (CKK)** |
| | ) | |
| **KHAN MOHAMMED,** | ) | |
| | ) | |
| **Defendant;** | ) | |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


By:    /s/
        Carlos J. Vanegas
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

## **CERTIFICATE OF SERVICE**

    I, hereby certify that I have served a copy of the foregoing Notice was served upon Patricia Stewart, Assistant U.S. Attorney, by hand delivering a copy to a receptacle at the United States District Courthouse, provided for pleadings upon the Office of the United States Attorney, on this 13th day of September, 2007.

                                            /s/
                                      Carlos J. Vanegas