IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | )   Cr. Case No. 06-357 (CKK) |
| | ) |
| **KHAN MOHAMMED,** | ) |
| | ) |
| Defendant; | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

      Respectfully submitted,

      A.J. KRAMER
      FEDERAL PUBLIC DEFENDER


      By:      /s/
      Carlos J. Vanegas
      Assistant Federal Public Defender
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C.  20004
      (202) 208-7500