UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 06-357 (CKK) |
| : | |
| KHAN MOHAMMED : | |
| : | |

**UNOPPOSED MOTION TO APPEAR BY PHONE**

The United States of America, by and through Matthew Stiglitz, Trial Attorney with the U.S. Department of Justice, moves to appear at the next status hearing, currently set for December 13, 2007, by phone, and in support of which states the following:

On November 20, 2007, the defendant appeared before the Court for an initial status hearing. At the conclusion of the hearing, the Court set a new status date for Thursday, December 13, 2007, to allow the parties more time to evaluate discovery.

At the time of the hearing, the undersigned was scheduled to travel overseas on official business during the week of November 26th. On November 23, 2007, this trip had to be postponed due to unforseen medical circumstances of the undersigned. While initially intending to file a motion to continue the status hearing to the following week, the undersigned learned that the Court will be unavailable during that time.

On November 28, 2007, the undersigned, counsel for the defendant, Carlos Vanegas, Esq, and the Court participated in a conference call to discuss the possibility of appearing by phone at the status hearing, thus obviating the need for substitute counsel or a continuance. At that time,

Mr. Vanegas indicated that he had no objection to such an appearance.

For this reason, the undersigned is respectfully requesting that he be permitted to appear by phone at the status hearing on December 13, 2007.

        Respectfully submitted
        KENNETH A. BLANCO, CHIEF
        NARCOTIC AND DANGEROUS DRUG SECTION

        _____
        Matthew R. Stiglitz
        Trial Attorney
        U.S. Department of Justice
        Narcotic and Dangerous Drug Section
        1400 New York Avenue, N.W. #800
        Washington, D.C. 20530
        (202) 305-3646
        (202) 514-0483 (Fax)
        matthew.stiglitz@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was electronically filed via ECF, as well as personally e-mailed to Carlos Vanegas, Esq., counsel for the defendant, this 28th day of November, 2007.

_____
Matthew R. Stiglitz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 06-357 (CKK)** |
| | : | |
| **KHAN MOHAMMED** | : | |
| | : | |

## ORDER

Having considered the government's Unopposed Motion to Appear by Phone and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the motion is GRANTED, and that counsel for the government shall call the court at (202) _____ at 10 am Eastern Time on December 13, 2007 to appear by phone.

_____
Colleen Kollar-Kotelly
United States District Judge