**FILED**

NOV 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Case No. 06-357 (CKK)
:
KHAN MOHAMMED :
:

### ORDER

Having considered the government's Unopposed Motion to Appear by Phone and the entire record herein, it is this 29th day of Nov., 2007,

ORDERED that the motion is GRANTED, and that counsel for the government shall call the court at (202) 354-3379 at 10 am Eastern Time on December 13, 2007 to appear by phone.

_____
Colleen Kollar-Kotelly
United States District Judge