UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-357(CKK) |
| ) | |
| v. ) | FILED |
| ) | |
| KHAN MOHAMMED ) | NOV 29 2007 |
| ) | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Defendant's oral Motion for an order transferring him from the Central Detention Facility to the Central Treatment Facility (CTF), it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Mohammed Khan (                    ) from the Central Detention Facility (the D.C. Jail) to the Correctional Treatment Facility (CCA) pending further proceedings.

**SO ORDERED**

November 28, 2007
Date

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

cc: D.C. Jail Records
Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Matthew R. Stiglitz, Esq.
U.S. Dept. of Justice, (Narcotics and Dangerous Drugs Section)
1400 New York Avenue, N.W., #800
Washington, D.C. 20530

