UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KHAN MOHAMMED,

Defendant.

Criminal Action No. 06-357 (CKK)

**FILED**

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is, this 13th day of December, 2007, hereby

**ORDERED** that the Court directs the Probation Office to prepare the offense level calculation of the Advisory Sentencing Guidelines, specifically the applicability of the safety valve provision, for inclusion in a Pre-Sentence Report to be provided to the Court by January 22, 2008. Once the offense level calculation for a Pre-Sentence Report is to be completed, it is to be shared with Government's counsel and counsel for Defendant.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Brian Shaffer, Supervisory Probation Officer
Carlos Vanegas, AFPD
Matthew Stiglitz, U.S. Dept. of Justice