UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-357 (CKK/AK) |
| ) | |
| KHAN MOHAMMED, ) | **FILED** |
| ) | DEC 19 2007 |
| Defendant. ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |

ORDER

Upon consideration of the security concerns expressed by the Department of Corrections, and it appearing to the Court that Defendant Khan Mohammed is not eligible to be housed in the Correctional Treatment Facility, it is hereby this 19th day of December, 2007,

ORDERED that this Court's Order [11], dated November 28, 2007, be and hereby is VACATED and the Defendant Khan Mohammed will be placed in an appropriate facility to be determined by the Department of Corrections.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE