UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KHAN MOHAMMED )<br>) | Criminal No.: 06-357(CKK) |

**FILED**

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

That upon consideration of defendant's Khan Mohammed's Motion for Leave to Late File his Opposition to the Government Motion for an Anonymous Jury; it is hereby

**ORDERED** that the Motion For Leave to Late File the Opposition Memorandum is hereby **GRANTED**; and it is

**SO ORDERED**

2/25/08
DATE

_____
COLLEEN KOLLAR-KOTELLY.
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Matthew Stiglitz
Julius Rothstein
Trial Attorney
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530