UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

**KHAN MOHAMMED,**

Defendant.

Criminal Action No. 06cr357 (CKK)

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is, this 20th day of March, 2008, hereby

**ORDERED** that the Court directs the Probation Office to prepare the offense level calculation of the Advisory Sentencing Guidelines, regarding Count 2 of the superseding indictment (narcotics/terrorism charge), for inclusion in a Pre-Sentence Report, to be provided to the Court by April 18, 2008, **or earlier if possible,** to allow defense counsel to discuss it with his client who needs an interpreter. Once the offense level calculation for a Pre-Sentence Report is completed, a copy is to be shared with Government's counsel and counsel for Defendant.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Crystal S. Lustig
United States Probation Officer

Carlos Vanegas, AFD

Matthew R. Stiglitz, USDOJ

