UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KHAN MOHAMMED<br><br>　　Defendant. | Criminal Action No. 06-357 (CKK)<br><br>**FILED**<br><br>MAR **2 5** 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**
(March 25, 2008)

Currently before the Court is the Government's Motion in *Limine* to Allow Certain

Government Witnesses to Testify Using Pseudonyms, which the Government filed under seal on

February 25, 2008.[1]  The Motion asks the Court to allow certain of the Government's

witnesses–those who are Afghan citizens residing in Afghanistan–to testify using pseudonyms

instead of their given names, due to the risk that they will be harmed or killed upon their return to

Afghanistan.  Defendant's counsel has consented to the use of pseudonyms for these witnesses.

The Government's Motion also proposes the use of a two-category system to disclose

information related to the true identities of such witnesses.  Pursuant to Category One, the

Government would be required to disclose the true identities of all witnesses to Defense counsel,

who would be permitted to share that information with the Defendant and members of the

---

[1] The information placed under seal in the Government's Motion has been redacted in this Order, and counsel for both parties agree that this Order may be posted on the public docket without being placed under seal.

1

Defense team.  Pursuant to Category Two, the same conditions would apply, the only difference

being that Defense counsel would be prohibited from disclosing the true identities of the

witnesses to the Defendant.[2]  The Government anticipates two witnesses in Category One and

two other witnesses in Category Two.  Defense counsel consents to the use of Category One

witnesses, but has asked for additional time to discuss the Government's use of Category Two

witnesses with the Defendant.  Accordingly, it is, this 25th day of March, 2008, hereby

     **ORDERED** that the Government's Category One and Category Two witnesses may

testify using pseudonyms instead of their given names; it is further

     **ORDERED** that the Government is required to disclose the true identities and

backgrounds of all such witnesses to Defense counsel; it is further

     **ORDERED** that with respect to the Category One witnesses, Defense counsel shall not

release or authorize the release of the true names, or any information or documents that would

reveal the true identities of such witnesses, to anyone besides the Defendant and other members

of the Defense team located in the United States, without prior leave of the Court; it is further

     **ORDERED** that Defense counsel must advise individuals receiving identifying

information of these witnesses of their obligations pursuant to this Order, and Defense counsel

shall provide the names of individuals who have received identifying information to the

Government, upon its request; it is further

     **ORDERED** that Defense counsel shall advise the Court of any known or suspected

violation of this Order, and any person violating this Order may be subject to contempt of Court;

---

[2] Category Two witnesses are believed to be unknown to the Defendant.

and it is further

**ORDERED** that the Court shall hold in abeyance the Government's Motion with respect to Category Two witnesses, in order to provide Defense counsel with additional time to discuss the same with the Defendant and advise the Court of Defendant's position.

**SO ORDERED.**

Date: March 25, 2008

_____/s/_____

COLLEEN KOLLAR-KOTELLY
United States District Judge