UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KHAN MOHAMMED ) | Criminal No.: 06-357(CKK) |

**DEFENDANT'S MOTION FOR A GROOMING ORDER
CONSISTENT WITH HIS RELIGIOUS REQUIREMENTS**

Defendant, Khan Mohammed, through undersigned counsel, respectfully moves the Court to order the Central Detention Facility (DC Jail) to provide Mr. Mohammed with the means or the opportunity to shave his armpits consistent with his religious obligations.

As grounds for this Motion undersigned states:

1. Mr. Mohammed is before the Court charged in a two count indictment with distribution of narcotics in violation of 21 U.S.C. § § 959 960, and narco-terrorism in violation of 21 U.S.C. 960(a), 841(a), 841(b)(1)(A)(I) and 18 U.S.C. § 2.

2. Mr. Mohammed is an observant Muslim from Afghanistan. A requirement for male Muslims is to shave their armpits. Mr. Mohammed mentioned this requirement during a legal visit on Monday, April 21, 2008. Mr. Mohammed further requested that undersigned counsel seek assistance from the Court in persuading or ordering the jail to allow him to follow through with this requirement.

3. The practice of shaving or removing hair from the armpits is part of the Islamic religious tradition that falls under the rubric known as "Fitrah". Fitrah, is the concept that all

children are born with the natural belief in God and of the inclination to worship God. Unique to Islam, is the tradition known as the "Sunnah" which is the example or way of conduct established by the Prophet Mohammed. The Prophet Mohammed followed or complied with various practices in pursuit of Fitrah. Among those practices was the removal of hair from the armpits[1].

WHEREFORE, undersigned counsel respectfully moves the Court to grant the instant Motion and order the Central Detention Facility to provide Mr. Mohammed the means or opportunity to shave his armpits.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

---

[1] Undersigned counsel apologizes for submitting such a rushed and embarrassingly unsophisticated explanation for the source of Mr. Mohammed's request. On account of time constraints counsel is also omitting the numerous sources that do provide detailed and scholarly accounts of the source and meaning of "Fitrah".

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KHAN MOHAMMED )<br>) | Criminal No.: 06-357(CKK) |

### ORDER

That upon consideration of defendant's Khan Mohammed's Motion for a Grooming Order Consistent with His Religious Requirements, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Central Detention Facility provide the defendant with the means or the opportunity to shave his armpits consistent with his religious obligations.

_____                             _____
DATE                                        COLLEEN KOLLAR-KOTELLY
                                            UNITED STATES DISTRICT JUDGE

cc: D.C. Jail Records
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas, Dani Jahn
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Matthew Stiglitz, Julius Rothstein
Trial Attorneys
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530