UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KHAN MOHAMMED )<br>) | Criminal No.: 06-357(CKK)<br><br>**FILED**<br><br>APR 2 8 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

That upon consideration of defendant's Khan Mohammed's Motion for a Grooming Order Consistent with His Religious Requirements, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Central Detention Facility provide the defendant with the means or the opportunity to shave his armpits consistent with his religious obligations.

_4/26/08_
DATE

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

cc: D.C. Jail Records
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas, Dani Jahn
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Matthew Stiglitz, Julius Rothstein
Trial Attorneys
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530

