UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>KHAN MOHAMMED ) | Criminal No.: 06-357(CKK)<br><br>**FILED**<br><br>MAY − 7 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

That upon consideration of Khan Mohammed's Request that the Central Detention

Facility provide him with two dinner meals during the duration of his criminal trial, which is

currently in progress, in the above captioned matter, it is hereby,

**ORDERED** that the Defendant's request is **GRANTED**;

**SO ORDERED**

5/7/08
DATE

COLLEEN KOLLAR-KOTELLY.
UNITED STATES DISTRICT JUDGE

ATT: D.C. Jail Records
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 698 5744, 698- 4742

Carlos J. Vanegas, Dani Jahn
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Matthew R. Stiglitz, Julius Rothstein, Trial Attorneys
U.S. Dept. of Justice
1400 New York Avenue, N.W., #800
Washington, D.C. 20530

