UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> : <br> KHAN MOHAMMED : <br> : <br> Defendant : | CRIMINAL NO. 06-357 <br> Judge Colleen Kollar-Kotelly <br><br> **FILED** <br> MAY 1 6 2008 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## ORDER

The probation office shall file its Presentence Report by no later than AUGUST 22, 2008.

The Parties shall file its Memorandum in Aid of Sentencing by no later than SEPTEMBER 19, 2008, it is further;

The Parties shall file any Responses by no later than SEPTEMBER 26, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on OCTOBER 10, 2008 AT 9:15 A.M.

IT IS SO ORDERED,

Date: May 16, 2008

_____
Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers           Pretrial
     Files              Matthew Stiglitz and Julius Rothstein, AUSA
     Probation          Carlos Vanegas and Danielle Jahn, AFPD

(N)