UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>)<br>)<br>KHAN MOHAMMED )<br>)<br>)<br>Defendant(s) ) | CIVIL NO. 06-357 (CKK)<br><br>**FILED**<br>MAY 1 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### NOTE FROM JURY

*Good Afternoon Judge Kotelly,*
*We have reached a verdict.*

DATE: May 15, 2008
TIME: 3:43 p.m.    FOREPERSON _____