UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Civil No. 06-357 (CKK) |
| ) | |
| v. ) | **FILED** |
| ) | |
| KHAN MOHAMMED ) | MAY 1 5 2008 |
| ) | |
| Defendant(s) ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Matthew Stiglitz/Julius Rothstein, AUSA

_____
Carlos Vanegas/Danielle Jahn, counsel for Defendant

May 15, 2008
_____
Date