UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHAN MOHAMMED<br><br>Defendant. | Criminal Action No. 06-357 (CKK)<br><br>**FILED**<br><br>MAY 1 5 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## VERDICT FORM

### COUNT ONE

1. As to the offense of distributing one kilogram or more of heroin intending or knowing that it will be unlawfully imported into the United States, we the jury find the Defendant, Khan Mohammed

    ✓ Guilty      ____ Not Guilty

1A. Has the Government proved beyond a reasonable doubt that the heroin involved one kilogram or more?

    ✓ Yes      ____ No

### COUNT TWO

2. As to the offense of distributing a controlled substance knowing or intending to provide anything of pecuniary value to a person or organization that has engaged in or engages in terrorism or terrorist activity, we the jury find the Defendant, Khan Mohammed

    ✓ Guilty      ____ Not Guilty

*If you find Mr. Mohammed guilty of Count Two, answer questions 2A <u>and</u> 2B, below:*

Page 2 - Verdict Form, 06cr357, *U.S. v. Mohammed*

**2A.** The Government has proved beyond a reasonable doubt that the controlled substance involved in Count Two was (check the line that applies):

_____ heroin

_____ opium

\_\_✓\_\_ heroin and opium

**2B.** If the jury found that the drug involved is either "heroin" or "heroin and opium," has the government proved beyond a reasonable doubt that the heroin involved is one kilogram or more?

\_✓\_ Yes          \_\_\_\_ No

_May 15, 2008_
Date


Jury Foreperson