UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHAN MOHAMMED<br><br>Defendant. | Criminal Action No. 06-357 (CKK)<br><br>**FILED**<br>MAR 1 9 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**
(March 19, 2008)

For the reasons set forth in an accompanying memorandum opinion, it is, this 19th day of March, 2008, hereby

**ORDERED** that the Government's [19] Motion for an Anonymous Jury is denied.

**SO ORDERED.**

                                                /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge