UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KHAN MOHAMMED ) | Criminal No.: 06-357(CKK) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT
THE RECEIPT AND ACKNOWLEDGMENT TO THE PSR**

Defendant, Khan Mohammed, through undersigned counsel, respectfully moves the Court to extend the deadline for the Receipt and Acknowledgment of the Presentence Investigation Report.

As grounds for this Motion undersigned states:

1. Mr. Mohammed is before the Court pending sentencing after he was convicted of the two charges contained in the indictment. The Court has scheduled October 10, 2008 for his sentencing hearing.

2. On July 28, 2008 undersigned counsel received the initial draft of Mr. Mohammed's presentence investigation report. Probation Officer Crystal Lustig has scheduled August 8, 2008 as the deadline for Mr. Mohammed to acknowledge his receipt of the PSR along with any requests for changes. As the Court knows, counsel for Mr. Mohammed have to rely on the services of Mr. Naim Saidi to orally interpret during meetings and to translate all documents for Mr. Mohammed's review into his native language of Pashto.

3. On account of the necessity of Mr. Saidi, the duration of all interviews with Mr. Mohammed, and the conflicting schedules of Mr. Saidi and counsel for Mr. Mohammed, counsel

is unable to comply with Ms. Lustig's deadline.  As result counsel for Mr. Mohammed is requesting that the receipt and acknowledgment deadline be extended to Tuesday, August 19, 2008.

4.   Undersigned counsel apologizes to the Probation Office for any inconvenience caused by the filing of the instant motion..

WHEREFORE, undersigned counsel respectfully moves the Court to grant his Motion To Extend the Presentence Investigation Report's Receipt and Acknowledgment deadline to Tuesday, August 19, 2008.

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) ) | Criminal  No.: 06-357(CKK) |
| **KHAN MOHAMMED** | ) ) ) ) | |

### ORDER

That upon consideration of defendant's Khan Mohammed's Motion For Extension of Time to Submit the Receipt and Acknowledgment to the Presentence Investigation Report to Tuesday, August 19, 2008;  it is hereby

**ORDERED** that the Defendant's Motion is **GRANTED**; and it is

**SO ORDERED**

_____                                                          _____
DATE                                                                            COLLEEN KOLLAR-KOTELLY.
                                                                                       UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Danielle Jahn
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Matthew Stiglitz,
Julius Rothstein
Trial Attorneys
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530