UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal No.: 06-357(CKK)
)
KHAN MOHAMMED )

## ORDER

That upon consideration of defendant's Khan Mohammed's Motion For Extension of Time to Submit the Receipt and Acknowledgment to the Presentence Investigation Report to Tuesday, August 19, 2008; it is hereby

**ORDERED** that the Defendant's Motion is **GRANTED**; and it is

**SO ORDERED**

8/8/08
DATE

COLLEEN KOLLAR-KOTELLY.
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Danielle Jahn
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Matthew Stiglitz,
Julius Rothstein
Trial Attorneys
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530