1

```
            UNITED STATES DISTRICT COURT
                DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    .   Case No. 1:06-CR-00357
                             .   (CKK)
         Plaintiff,          .
                             .   Washington, D.C.
    v.                       .   November 8, 2007
                             .
KHAN MOHAMMED,               .
                             .
         Defendant.          .
. . . . . . . . . . . . . . .

                  DETENTION HEARING
          BEFORE THE HONORABLE ALAN KAY
          UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:    U.S. Department of Justice
                      Criminal Division
                      By:  MATTHEW STIGLITZ, AUSA
                      1400 New York Avenue, N.W.
                      8th Floor
                      Washington, DC 20530

For the Defendant:    Federal Public Defender
                      By:  CARLOS J. VANEGAS, ESQ.
                      625 Indiana Avenue, N.W.
                      Suite 550
                      Washington, DC 20004

Interpreter:          M. NAIM SAIDI




Proceedings recorded by electronic sound recording.
Transcript produced by transcription service.
```
_____

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

1	(Proceedings commenced at 3:26 p.m.)
2	THE CLERK:  Criminal Case Number 2006-357,
3	The United States of America v. Khan Mohammed.
4	Matthew Stiglitz representing the government.
5	Carlos Vanegas representing the defendant.
6	The interpreter is M. Naim Saidi.
7	The defendant is present in the courtroom.
8	This is set on the calendar for a detention
9	hearing.
10	(The Interpreter was Sworn.)
11	THE COURT:  Mr. Vanegas, as you recall we --
12	at the initial appearance, or arraignment of Mr. Khan
13	Mohammed, you indicated that you needed an opportunity
14	to speak with your client, and the Court also received
15	a proposed order about his transfer to CTF.
16	Why don't we take the issue of the detention
17	hearing first?
18	MR. VANEGAS:  Yes, Your Honor.
19	I did speak with Mr. Mohammed, through the
20	services of the interpreter, Mr. Saidi, and we had a
21	long discussion regarding his right to have a detention
22	hearing.
23	Looking at all the circumstances under how he
24	was brought to the United States, and that he's under a
25	parole visa, that there is no likelihood that he would

1   be released, Mr. Mohammed indicated that he's willing
2   to concede to continued detention.
3           THE COURT:  All right.
4           Under the circumstances, the Court will find
5   that the government's motion that Mr. Khan Mohammed be
6   held without bond is granted, and that the defendant
7   takes no position with respect to the government's
8   motion, at this time.
9           MR. VANEGAS:  That's correct, Your Honor.
10          THE COURT:  Very well.
11          And obviously, the trial judge, at any time,
12  can revisit the issue of his bond status, should you
13  wish to raise it further.
14          Now, Mr. Vanegas, you did make a request
15  also, that the Court sign the order with respect to
16  transferring Mr. Khan Mohammed from the D.C. jail to
17  the CTF facility.  The Court has given a lot of thought
18  to this, the Court has discussed the matter with the
19  Trial Court, and it's the determination of the Court,
20  at this time, that there is not sufficient basis to
21  warrant transfer from D.C. jail to the CTF, and as a
22  result, the Court will let the jail authorities
23  determine as to the appropriate place for his
24  placement, and clearly, this matter can always be
25  revisited with Judge Kollar-Kotelly at any time.

1          The Court is declining to request that he be
2  transferred to CTF.
3          MR. VANEGAS:  Thank you, Your Honor.
4          THE COURT:  I think the date was set for the
5  fifteenth, was it not -- I mean, the twentieth of this
6  month for a status hearing?
7          MR. VANEGAS:  That's correct, Your Honor.
8          THE COURT:  All right.
9          MR. STIGLITZ:  Your Honor, if I may?  First
10 of all, good afternoon.
11         Your Honor, I spoke with counsel prior to
12 this hearing.  Based on my discussions with him, it's
13 my understanding that the defendant would waive speedy
14 trial between now and the first status date before
15 Judge Kotelly, which I believe is 13 days.
16         MR. VANEGAS:  Your Honor, could I just have a
17 brief indulgence?
18         THE COURT:  Of course.
19    (Pause.)
20         THE COURT:  Mr. Vanegas?
21         MR. VANEGAS:  Yes, Your Honor.
22         I did discuss this issue right now, with Mr.
23 Mohammed, and he's indicated that he's willing to, for
24 the time period of today until we appear before Judge
25 Kollar-Kotelly, to waive that right to be -- to go to

1    trial within seven days.  This is something that's of
2    interest, since it was brought to the government, by
3    the government.
4            And I do have to say, Your Honor, that I find
5    it some what disconcerting that what Mr. Mohammed wants
6    is just the basic human right to be able to express his
7    religion, and to be able to do so in the company of
8    other Muslims at the CTF, and the government's position
9    is that somehow that right to do so is not -- it's
10   either not valid or it's not significant, but what he
11   said to me today, earlier today, was that he would like
12   to be able to basically be able to pray five times a
13   day in the company of other Muslims, and that's all
14   that request is for, but I --
15           THE COURT:  Let me interrupt you, and then
16   I'll let you finish, Mr. Vanegas.
17           Clearly, clearly, Mr. Khan Mohammed is
18   entitled to pray in accordance with his religion, and
19   the Court would certainly do everything within its
20   power to make sure that he can do that; that he has a
21   Koran; that he has a prayer mat, a carpet for his use.
22           However, you're going one step further and
23   you're saying that he should have the right to engage
24   in prayer with other Muslims, and I don't know if --
25   There are situations I'm aware of where Muslims are in

1   a situation where they pray alone.
2            So I'm not going to direct that he be
3   transferred to CTF so that he can engage in prayer with
4   other Muslims.  If there are other Muslims within the
5   jail facility, certainly, I would hope that they would
6   permit him to pray with them, assuming it doesn't in
7   any way adversely impact the security of the jail.
8            So that issue of prayer is not an issue.
9   He's -- He will be entitled to that, and whatever
10  dietary requirements that his religion requires of him,
11  I am sure that the jail authorities will accommodate
12  him, or I would certainly hope so, and if you learn
13  differently, you report that to me, and I will see to
14  it that they are directed to comply with those
15  conditions.
16           But in terms of the issue of CTF, as to where
17  he is located within the prison complex, I'm going to
18  adhere to my ruling, but again, you can take that up on
19  the twentieth, with Judge Kollar-Kotelly.
20           MR. VANEGAS:  I will do so, Your Honor.
21           Good afternoon, Your Honor.
22           THE COURT:  Mr. Vanegas, so there's no
23  misunderstanding, I think -- I would hope that you
24  would be in a position to -- you or one of your
25  colleagues or investigators can verify that indeed he

```
 1  is being accorded all the religious rights that he is
 2  entitled to.
 3           MR. VANEGAS:  Yes, Your Honor, I will --
 4           THE COURT:  So that --
 5           MR. VANEGAS:  -- follow through with that.
 6           THE COURT:  Make sure that doesn't slip
 7  through the cracks.
 8           MR. VANEGAS:  Yes, Your Honor.
 9           MR. STIGLITZ:  Your Honor, I'm sorry.  It's
10  been -- I'm not sure that --
11           THE COURT:  Just a minute.
12           MR. STIGLITZ:  We are going to need the --
13           THE COURT:  Yeah, I think we need to have him
14  come back, in terms of the speedy trial waiver.
15           All right.  So the number of days, Mr.
16  Stiglitz, through the twentieth?
17           MR. STIGLITZ:  It's 13, Your Honor.
18           THE COURT:  Thirteen.  All right.
19           Mr. Khan Mohammed, would you stand, sir.
20           Mr. Khan Mohammed, your counsel has advised
21  the Court that he has spoken to you, and that you and
22  he agree with the government that the Court should
23  grant the government an additional 13 days under the
24  Speedy Trial Act, which -- I'm sure your counsel will
25  explain to you what the Speedy Trial Act is, or has
```

1  explained it to you.
2          Do you join in this request?  Because it's
3  very important to you, and it's -- the Court will not
4  grant it unless you agree to that request.
5          Do you agree with it?
6          MR. MOHAMMED:  Yes.
7          THE COURT:  Yes.  All right.
8          The Court finds that the ends of justice are
9  best served, and outweigh the best interests of the
10 public and the defendant, Mr. Khan Mohammed, in a
11 speedy trial, and accordingly, the Court will exclude
12 13 days in computing the time within which the
13 government must seek to file an indictment in this
14 case.
15         Thank you, Counsel.  Nothing further.
16         MR. STIGLITZ:  Thank you, Your Honor.
17      (Proceedings concluded at 3:36 p.m.)

9

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/_____                February 18, 2009

STEPHEN C. BOWLES