```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2   --------------------------X

 3   UNITED STATES OF AMERICA,   X   Criminal Case No. 06-357

 4          Plaintiff,           X

 5              v.               X   P.M. SESSION

 6   KHAN MOHAMMED,              X   Washington, D.C.
                                     Friday, May 9, 2008
 7          Defendant,           X   2:00 P.M.

 8   --------------------------X

 9                   TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
10          UNITED STATES DISTRICT JUDGE, and a jury

11   APPEARANCES:

12   For the Government:         MATTHEW STIGLITZ, ESQUIRE
                                 JULIUS ROTHSTEIN, ESQUIRE
13                               U.S. Dept. of Justice
                                 Narcotics and Dangerous Drug
14                                  Section
                                 1400 New York Avenue, NW
15                               Washington, DC 20530-0001
                                 (202) 305-3646
16
     For the Defendant:          CARLOS VANEGAS, ESQUIRE
17                               DANI JAHN, ESQUIRE
                                 Federal Public Defenders Office
18                               625 Indiana Avenue, NW
                                 5th Floor
19                               Washington, DC 20004
                                 (202) 208-7500
20

21   Interpreters:              Naim Saidi and Abdul Wahed Faqiri

22   Court Reporter:            Lisa Walker Griffith, RPR
                                U.S. District Courthouse
23                              Room 6507
                                Washington, D.C.  20001
24                              (202) 354-3247

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.
```

```
 1                     AFTERNOON SESSION

 2    SPECIAL AGENT HIGGINS, GOVERNMENT WITNESS, PREVIOUSLY SWORN

 3            (Jury Present.)

 4            THE COURT:  All right.  We're ready to proceed with

 5    the cross examination.

 6                     CROSS EXAMINATION

 7    BY MS. JAHN:

 8    Q   Mr. Higgins, I think we left off with the date of

 9    October 18th.  Is that where we left off?

10    A   I believe so.  That sounds right.

11    Q   So on that day, you met with Jaweed after the heroin

12    transaction occurred, right?

13    A   Yes.

14    Q   And you had a debriefing of Jaweed at that time?

15    A   I did, yes.

16    Q   So that would have been the 14th debriefing with Jaweed?

17    A   Approximately, yes.

18    Q   Now, after the 18th of October, did you have additional

19    debriefings with Jaweed?

20    A   Yes.

21    Q   When did those occur?

22    A   After a meeting I believe took place on October 20, on or

23    about October 21, 2006, I did a debriefing after that.  And I

24    might have done additional debriefings after that.

25    Q   Approximately how many debriefings after the 18th of
```

1  October do you think you had with Jaweed?

2  A   I can only remember one, but it might have been more than

3  that, not including recent events.

4  Q   All right.  Just sticking to the year 2006, is it correct

5  then you remember at least one occasion but it could be more

6  than one?

7  A   That's correct, yes.

8  Q   Now, what was the purpose of having additional

9  debriefings with Jaweed after the heroin was seized?

10  A   There was another meeting between Jaweed and Khan

11  Mohammed and I debriefed Jaweed after that meeting.

12  Q   So the only purpose of debriefing him after the heroin

13  transaction was just to learn what happened in a conversation

14  that Jaweed and Mr. Mohammed had after the heroin transaction?

15  A   That's correct, that and any other information that

16  Jaweed might have had to tell me.

17  Q   Okay.

18      And do you recall what date it was that Jaweed and

19  Mr. Mohammed had this conversation after the heroin

20  transaction on the 18th of October?

21  A   To the best of my recollection, it was October 21st.  And

22  I did the debriefing either on that day or on the 22nd or

23  23rd, shortly after the meeting.

24  Q   And during that debriefing, did you give Jaweed

25  instruction about how to proceed in the case?

1    A    I don't believe I gave him any specific taskings, no.

2    Q    Did you tell him that your case was complete at that

3    time?

4    A    No, I did not.

5    Q    Did you give him any instruction about further use of the

6    audio recording devices or use of it?

7    A    No, I don't believe I gave him a recording after that.  I

8    don't remember doing so.

9    Q    Did you have any discussions with him about additional

10   videotape recordings after this debriefing on the 21st of

11   October?

12   A    Not in the year 2006, no.

13   Q    Just sticking to the year 2006, after the 21st of

14   October, you did not debrief or have a meeting with Jaweed

15   with regard to Mr. Mohammed?

16            MR. ROTHSTEIN:  Objection, I think that's asked and

17   answered three times now.

18            THE COURT:  I think it is at this point.  Can we

19   move on?

20            MS. JAHN:  Court's indulgence one moment, Your

21   Honor.

22            THE COURT:  Certainly.

23   BY MS. JAHN:

24   Q    Moving beyond the year 2006, how many times did you and

25   Jaweed meet?

1          MR. ROTHSTEIN:  Objection, Your Honor, scope.

2          THE COURT:  I'll sustain it in the context of the

3   discussion that we had at side bar unless there is something

4   else that I'm missing here.

5          MS. JAHN:  Your Honor, could I have a moment to

6   confer?

7          THE COURT:  Certainly.

8          (There was a pause in the proceedings.)

9          MS. JAHN:  I have no further questions.  Thank you.

10          THE COURT:  All right.  Redirect?

11                    REDIRECT EXAMINATION

12   BY MR. ROTHSTEIN:

13   Q   Very briefly.  Agent, in response to counsel's question

14   about whether you were frustrated with Mr. Jaweed and the

15   assistance he was giving you, you had answered to the effect

16   that you thought he was doing fine or something towards that

17   effect.  Do you remember your answer?

18   A   I believe I said I thought he was doing a great job.

19   Q   Why would you say that?

20   A   He was working under extremely dangerous circumstances,

21   and he was exhibiting great bravery in my opinion.  And he

22   followed our orders in doing things that he probably had never

23   done before.  And he did it in a good way up to the standard

24   we expected him to perform.

25   Q   Did your constant meetings with him after the recorded

1    covert meetings, did it have any reflection on your, any poor

2    reflection on his abilities to help you?

3    A    No, it's a standard to meet with someone after a meeting

4    takes place, do a debriefing to try to determine what happened

5    during that briefing from one of the participants of the

6    meeting.

7    Q    Why would you constantly remind him how to use the

8    recording equipment though?

9    A    He was not familiar with electronics.  He was a farmer,

10   you know, a rather simple man, and he didn't understand how to

11   use it.  And it was important for us to get these recordings

12   to corroborate the things he was telling us.  So, I wanted to

13   make sure that he knew how to turn this recorder on and how to

14   put it in the proper place to get the evidence that we needed.

15   Q    You testified, in response to counsel's question, that

16   you tasked Mr. Jaweed to do video recordings on or about

17   September 14, 2006, and October 18, 2006, correct?

18   A    That's correct, yes.

19        MR. ROTHSTEIN:  Court's indulgence.

20   BY MR. ROTHSTEIN:

21   Q    Do you still have the photo binder up there?

22   A    I do, yes.

23   Q    I want to direct your attention to --

24        MR. ROTHSTEIN:  And these are in evidence, Ms.

25   Peterson.  If we could have the jurors' monitors displayed.

```
 1    Judge, we'd seek to publish Exhibit 5A and 5B.

 2             THE COURT:  All right.

 3    BY MR. ROTHSTEIN:

 4    Q    Agent Higgins, I'm showing you what you describe and

 5    direct as a still from the video on September 6th; is that

 6    correct?

 7    A    That's correct, yes.

 8    Q    So, were you aware at the time during your investigations

 9    that you also had Mr. Jaweed do a video on September 6th?

10    A    Yes, I was.

11    Q    Okay.  Was this under your direction or under the

12    direction of Agent Coles or someone else?

13    A    I don't recall which one of us would have directed that,

14    but we did most of our meetings together.

15    Q    Okay.  So, just to clarify your answers in cross

16    examination, were there only the two videotapes that you had

17    Jaweed do or were there more?

18    A    No, there was at least one more on September 6 of 2006.

19    Q    Okay.  I just want to clarify.

20         And if we could have 5B.  Just to clarify for the record,

21    is this the same videotape?

22    A    Yes, it is.  This is a still from that same videotape.

23             MR. ROTHSTEIN:  I don't have any further questions.

24             THE COURT:  All right.  You may step down, sir.

25             THE WITNESS:  Thank you.
```

1          (Witness excused.)

2          THE COURT:  All right.  Who is your next witness?

3          MR. STIGLITZ:  We would call Mr. Jaweed please.

4          THE COURT:  What I would like to do is to take about

5   a two-minute break here just to instruct in terms of how to

6   use the interpreters.

7          MR. STIGLITZ:  Sure.

8          THE COURT:  Okay.  So, let me just do that.  The

9   next witness, I believe, will be using an interpreter.  It

10  will make it just faster if I give him an instruction on how

11  to do this.

12          So rather than leaving you sitting there, let me

13  excuse you for about two minutes and we'll do this.  Just

14  leave everything there.

15          (Jury Out.)

16          THE COURT:  Mr. Jaweed, you will be sworn in in

17  front of the jury.  But I want to explain to you how the

18  interpreter will work.  So I want you to understand the role

19  of the interpreter for you.  The court interpreter is here

20  only to interpret the questions that an attorney or I ask.

21          THE WITNESS:  Okay.

22          THE COURT:  And they will interpret your responses.

23  The court reporter will only say what is being said either by

24  you or the attorneys or the judge and will not add to the

25  testimony, leave something out or just summarize.

1              THE WITNESS:  Okay.

2              THE COURT:  If you don't understand the court

3      reporter, please say so.  And if you don't understand the

4      question asked, don't ask the interpreter to explain the

5      question.  Indicate you don't understand the question.  Direct

6      it at either the attorney or the judge, whoever is asking you

7      the question.

8              THE WITNESS:  Okay.

9              THE COURT:  So you are giving testimony to the

10     Court.  So you speak directly to the attorney and the jury,

11     which is out there, unless I ask you a question.  So it's

12     important that you not address your replies to the court

13     interpreter.

14             THE WITNESS:  Okay.

15             THE COURT:  He can't give you advice or talk to you.

16     So the attorney will ask the question in English.  You will

17     answer the question, if you understand it, in Pashto.  And the

18     interpreter will then give your answer translated in English

19     so that the Court and the jury can hear it.

20             THE WITNESS:  Okay.

21             THE COURT:  So you should look out and address, not

22     the interpreter, but the attorney and the jury as if they

23     understand you.  Okay?  Any question?

24             THE WITNESS:  If I don't understand, if the

25     interpreter does not understand what I say or I don't

1    understand what he say, how can I address him that I did not

2    understand?

3            THE COURT:  You just simply say that you don't

4    understand.  The interpreter will tell us that's what you

5    said.  So if you don't understand the question the attorney is

6    asking or the Court, then say I don't understand that

7    question.

8            And if you don't understand what the interpreter is

9    saying, indicate that it is the interpreter you don't

10   understand.  Then he will say it in English and then we'll

11   deal with it.

12           THE WITNESS:  Okay.

13           THE COURT:  All right.  I think we're done.

14           THE INTERPRETER:  Your Honor, can I tell him that

15   this chair turns around?

16           THE COURT:  Yes.  And you can turn it to be

17   comfortable.  We're going to put the lapel mic on the

18   interpreter so that they can hear what he's saying.

19           And I just remind you to do shorter questions

20   because, if you make them long, it makes it harder for him to

21   interpret.

22           MR. STIGLITZ:  For purposes of spelling his name for

23   the record, if it's okay, I'm going to spell his name into the

24   record.

25           Your Honor, can we approach for one moment.

1          THE COURT:  Okay.

2          (Jury Present.)

3          (Bench conference.)

4          MR. STIGLITZ:  There might be a point where we move

5    to the first videotape, and I'm not sure at one point you may

6    want to ask the first juror, juror in seat number seven if he

7    wants to switch to the opposite side.

8          THE COURT:  I think what we should do is put the

9    tape on and then have him look and stop it briefly and see.

10   Because he seems to be able to see what's on there now.  Would

11   you just find out?  What we can do -- is this the videotape

12   you're doing?

13         MR. STIGLITZ:  Well, in a little while.

14         THE COURT:  The other thing is, if when you want, we

15   can always move the one in the center.

16         MR. STIGLITZ:  I don't know if the cable is that

17   long.

18         THE COURT:  Okay.  All right.  Why don't we see

19   whether he needs it.  If not, we'll switch.

20         MR. STIGLITZ:  Okay.

21         (Open Court.)

22         THE COURT:  If the witness would please stand in

23   order to be sworn in.

24              **JAWEED, GOVERNMENT WITNESS, SWORN**

25         THE WITNESS:  My name is Jaweed.

```
 1              THE COURT:  Go ahead.

 2              MR. STIGLITZ:  Thank you, Your Honor.

 3                      DIRECT EXAMINATION

 4   BY MR. STIGLITZ:

 5   Q    For the record, Jaweed would be spelled J-A-W-E-E-D.

 6        Mr. Jaweed, good afternoon, sir.

 7   A    Good afternoon to you.

 8   Q    Approximately how old are you, sir?

 9   A    Thirty-six or 37 years old.

10   Q    Where is it you're from?

11   A    Afghanistan.

12   Q    Where in Afghanistan do you live?

13   A    In the province of Nangarhar.

14   Q    Within Nangarhar province, do you live in a particular

15   village in a particular district?

16   A    In Chaprahar County I live.

17   Q    Okay.  And then within Chaprahar County do you live in a

18   particular village?

19   A    Yes.

20   Q    Now which village is that?

21   A    Garatek.

22   Q    Now, Mr. Jaweed, how long, how much of your life have you

23   spent in Garatek village?

24   A    Many years.  I have been out from my village for a while

25   or sometimes.
```

```
 1   Q   Well, were you born in Garatek village?

 2   A   Yes, in Garatek.

 3   Q   How long has your family lived in Garatek village?

 4   A   From long time, since long time.

 5   Q   Now, have you ever attended school?

 6   A   No.

 7   Q   Are you married, sir?

 8   A   Yes.

 9   Q   How long have you been married?

10   A   About 20 years ago.

11   Q   Do you have any children?

12   A   Yes.

13   Q   How many children do you have?

14   A   Six.

15   Q   What is your occupation?

16   A   I'm taking care of land.

17   Q   Is that to say that you're a farmer?

18   A   Yes, a farmer.

19   Q   How long have you been a farmer?

20   A   Since a long time.

21   Q   Now, what sorts of things do you grow on your farm?

22   A   Corn, wheat, cotton.

23   Q   Who do you live with besides your wife and your children?

24   A   My brothers, my father, my mother, and also

25   sisters-in-law.
```

1    Q    Now, do you all live in the same house or do you live in

2    different buildings?

3    A    Four brothers live in one house, one compound, three in

4    another and one in another.

5    Q    Now, you mentioned a compound.  Would you describe a

6    little bit about what your residence is like, what your house

7    is like?

8    A    It is a mud house made of mud.

9    Q    And is it surrounded by anything?

10    A    It is attached to another house.

11    Q    Is there anything that surrounds the various buildings in

12    your compound?

13    A    There is nothing around it.

14    Q    Okay.  What, is there any fence or wall that protects

15    your or provides your compound with privacy?

16    A    There is a wall around it.

17    Q    Now, I'd like to take a couple minutes and ask you about

18    Garatek Village?

19    A    Okay.

20    Q    About how many people live in Garatek Village?

21    A    About 3,000, 50 less than 3,000.

22    Q    Do most of these people live in similar style compounds

23    or do they live in individual houses without walls?

24    A    They all live like me, the same kind.

25    Q    Now, what do most of the adults do for a living in your

1    village?

2    A    Most of them are farmers.  They work on farms.  Some of

3    them, young people go to school, they're student.  And some

4    people are in the army.

5    Q    And for the majority who farm, does each family, well,

6    does the village farm all the same land collectively or does

7    each family have its own piece of land that it farms?

8    A    Each family owns their own land.

9    Q    Approximately how much land does your family farm?

10    A    Twenty jareebs.

11    Q    Now, does your compound have any running water?

12    A    No, not in the compound, outside, yes.

13    Q    Where do you get your water from?

14    A    In front of the compound there is a well.  We take it out

15    from the well.

16    Q    That's well as in a well dug into the ground?

17    A    Yes.

18    Q    Do most people in Garatek Village get water from wells?

19    A    Many people, yes.

20    Q    Do you have electricity in your compound?

21    A    An organization here prepared electricity for us but it

22    only lights up in the evening for about two hours or so.

23    Q    So you get two hours of electricity in the evening per

24    day?

25    A    Yes.

```
1    Q    Is that the same for everyone in the village?

2    A    Many people who had requested electricity, they have it.

3    And those who did not, they don't have electricity.

4    Q    Well, the people who requested it, do they get similar

5    two hours a day as you?

6    A    Yes.

7    Q    What is the nearest town to your village?

8    A    It is the county of Chaprahar.

9    Q    So Chaprahar is the name of your county, but is that also

10   the name of the town?

11   A    Yeah, it is the market there.  It is the name of that

12   area.

13   Q    If you were to go from your compound to the market in

14   Chaprahar, who would you get there?

15   A    Walking.

16   Q    How long a walk would it be just to get from your

17   compound to the market?

18   A    One hour or 50 minutes.

19   Q    Now, Mr. Jaweed, do you see anybody else in this

20   courtroom from your village?

21   A    Yes.

22   Q    Would you please point out which person you are speaking

23   of?

24   A    That man that were there.

25   Q    And is that individual wearing anything on his head?
```

1    A    It is a screen hat.

2         MR. STIGLITZ:  Now, if the record, Your Honor, could

3    reflect an identification of the defendant?

4         THE COURT:  I assume there is no objection.

5         MR. VANEGAS:  Yes, Your Honor, we object.

6         THE COURT:  All right.  So reflect in the record

7    that he's identified the defendant.

8    BY MR. STIGLITZ:

9    Q    What name do you know this man by?

10   A    His name is Khan Mohammed.

11   Q    How is it that you know Khan Mohammed?

12   A    He is from our village.

13   Q    How long have you known him?

14   A    Since a long time, we grow up together in the same

15   village.

16   Q    Is he older than you or younger than you?

17   A    A little older than me, a year or two.

18   Q    About how far away is his family's compound from your

19   family's compound?

20   A    About 200 or 250 meters.

21   Q    Now, you indicated earlier that you've spent most of your

22   life in Garatek Village; is that correct?

23   A    No, two times I've been out of there.

24   Q    Let's talk about those.  When was the first time that you

25   moved away from your village?

1    A    It was during the Russian invasion.

2    Q    About how long did you live apart from your village?

3    A    It was a long time ago.  I think I spent three or four

4    years out of there.

5    Q    During that time, where were you living?

6    A    In Peshawar.

7    Q    Is that in Pakistan?

8    A    Yes.

9    Q    Were you by yourself or were you in Pakistan with your

10   family?

11   A    With the family.

12   Q    Now, can I assume that at some point you and your family

13   came back to your village?

14   A    Yes.

15   Q    You mentioned there was a second time that you moved away

16   from the village.  When was that?

17   A    It was during the drought years when everything was dry,

18   we went there.

19   Q    Where did you go to live during that period of time?

20   A    To Peshawar.

21   Q    Do you remember approximately when it was that you went

22   to Peshawar?

23   A    About three or four years ago.

24   Q    On this particular occasion, did you move to Peshawar

25   with your family?

1    A    Yes.

2    Q    What did you do to support your family while you were in

3    Pakistan?

4    A    I used to work in a vegetable market.

5    Q    What did you do at the vegetable market?

6    A    I used to work with a person and he used to pay me wages.

7    Q    Were you the only Afghan to go to Pakistan during this

8    period of the drought?

9    A    No, many people moved there.

10   Q    In your area, did you come into contact with other

11   Afghans who were from your village or from your district?

12   A    Yes.

13   Q    I want to turn your attention to one man in particular, a

14   man by the name of Abdul Rahman.  Are you familiar with a man

15   by that name?

16   A    Yes.

17   Q    How do you know this man?

18   A    He is also from Garatek.

19   Q    How long have you known him?

20   A    I knew him from earlier on, from earlier time.

21   Q    Is he older or younger than you?

22   A    Younger.

23   Q    Now, when you grew up, did there come a point that Abdul

24   Rahman came to have a more official role in your province?

25   A    Yes.

1    Q    What did he do in your province?

2    A    He was with the Taliban.

3    Q    What did he do for the Taliban?

4    A    He was the boss or the director of the investigation.

5    Q    Where was he located during this time?

6    A    In the province of Jalalabad.

7            MR. STIGLITZ:  Your Honor, at this time, I'd like to

8    read into the record another stipulation that has been entered

9    into by the parties.

10           THE COURT:  All right.

11           And again, stipulations are agreed statement of

12   facts or an agreement about certain evidence.  You're to view

13   it as undisputed between the parties.  They're undisputed for

14   you to consider in an agreement that they've reached between

15   the parties.

16           MR. STIGLITZ:  Ladies and gentlemen, the United

17   States and the defendant agree to the following:  With respect

18   to Count II of the indictment, the Taliban is a terrorist

19   organization in that it is comprised of a group of two or more

20   individuals which engages in or has a sub group which engages

21   in terrorist activities.

22           THE COURT:  And what stipulation number is that?

23           MR. STIGLITZ:  This is Stipulation of Fact Number 3,

24   Your Honor.

25           THE COURT:  All right.

1          THE INTERPRETER:  The interpreter has a question.

2   Do I interpret to him what goes on?

3          THE COURT:  Whatever happens in this court, you

4   should do that, yes.

5          THE INTERPRETER:  Thanks.

6   BY MR. STIGLITZ:

7   Q   To your knowledge was Abdul Rahman still in Jalalabad at

8   the time that you moved to Peshawar because of the drought?

9   A   No, he moved away before that.

10  Q   To your knowledge, when was it that he moved to Peshawar,

11  Pakistan?

12  A   When the Taliban lost their power, he moved away.

13  Q   Now, after you and your family moved to Peshawar, did

14  there come a point in time that you saw Abdul Rahman?

15  A   Yes, I saw him a year after that.

16  Q   A year after you moved to Peshawar?

17  A   Yes, after that.

18  Q   How did you come to see him?

19  A   He knew that I'm here and he sent someone to come see

20  him.

21  Q   Do you know why it was that he wanted you to come see

22  him?

23          MR. VANEGAS:  Objection.

24          THE COURT:  Excuse me, if you could explain to him

25  that, when there is an objection, which you, the interpreter,

1   will note, that he should not answer.  Let me hear what the

2   objection is.  If you could explain that to him.

3           What's your objection?

4           MR. VANEGAS:  Speculation, Your Honor.

5           THE COURT:  Well, I think you should reword it

6   perhaps in terms of how he would know.  I'll let you ask the

7   question and then how he would know so we can see if he has a

8   basis of knowledge.

9           MR. STIGLITZ:  This would be pretty simple.

10          THE COURT:  Okay.

11  BY MR. STIGLITZ:

12  Q   Did you know why it was that he wanted to see you?

13  A   I did not know.

14  Q   Now, did you ultimately go to -- did you go to see him?

15  A   Yes, I did.

16  Q   Why?

17  A   I wanted to find out what is he going to tell me.

18  Q   Where did you go to see him?

19  A   I went to his home.

20  Q   When you got there, did you see Abdul Rahman?

21  A   Yes.

22  Q   What, if anything, did he say to you when you saw him?

23  A   When I went there, he told me that I am going to find an

24  opportunity for you, something for you to do.  But I have to

25  see my superiors first and then I will talk to you.

1   Q   Now, at the time he had this conversation with you, was

2   there anybody else at the compound?

3   A   At the time he was telling me this thing, there was no

4   one there.  But later on, other people came in.

5   Q   After this meeting, did you leave Abdul Rahman's

6   compound?

7   A   Yes.

8   Q   So at the time you left the meeting, did you know exactly

9   what it was that he wanted you to do?

10  A   No, I did not find out.

11  Q   Did there come a point in time that you were again called

12  to go back to Abdul Rahman's compound?

13  A   Yes.

14  Q   About how long after the first meeting were you called

15  back to his compound?

16  A   About or approximately four months later.

17  Q   Now, when you went back the second time, was there

18  anybody else there on that occasion?

19  A   No, no one.

20          THE COURT:  Can you speak into the microphone?

21  We're having trouble.  You need to speak up.

22          MR. STIGLITZ:  Sure.

23  BY MR. STIGLITZ:

24  Q   When you met with him on this second time, what was it

25  that Abdul Rahman wanted to tell you?

1    A    Abdul Rahman told me that you should go to Afghanistan.

2    Q    And why did he tell you that you should go back to

3    Afghanistan?

4    A    He said to get missiles and fire it toward Jalalabad

5    airport.

6    Q    Do you know why he chose you to do this?

7    A    He thought that I'm here because of the drought and I'm

8    desperate and he needs money.  He will do that for money.

9    Q    Did you have any experience -- well let me strike that.

10        What was your response to him when he first proposed

11    this?

12    A    I told him that I do not know this kind of activity.  I'm

13    unaware of this.

14    Q    And when you told him that, what did he say?

15    A    He told me that I hear another person who are there, you

16    and him will work together.

17    Q    Did he identify this person for you?

18    A    Yes.

19    Q    Who was that?

20    A    Khan Mohammed.

21    Q    What was your reaction after he told you that?

22    A    When I told him that I do not know these things, he told

23    me that that person would cooperate with you.  You would

24    mutually work together as partners and you will do everything

25    together.

1    Q    Did you want to do this?

2    A    No.

3    Q    Did you tell him that?

4    A    No.

5    Q    Why not?

6    A    I could not tell him.  Had I told him, my life and my

7    family's life was in danger.

8    Q    At the time that you told him that you'd be willing to do

9    this, did you intend on actually obtaining missiles and

10   assisting Khan Mohammed or working with Khan Mohammed to fire

11   them at the airport?

12   A    No, I did not want to attack the airport.  But I wanted

13   to find out the person to know who is this person who is doing

14   this.

15   Q    So what did you have in mind when you told Abdul Rahman

16   that you'd be willing to go back and do this?

17          THE INTERPRETER:  I'm sorry, the first part?

18   BY MR. STIGLITZ:

19   Q    What did you have in mind when you told him that you

20   would go back and do this?

21   A    To find out who are these people who are involved in

22   these activities.

23   Q    Did you ask Abdul Rahman why it was that he couldn't do

24   this himself?

25          THE INTERPRETER:  I'm sorry?

BY MR. STIGLITZ:

Q    Did you ask Abdul Rahman why it was he couldn't do that
himself?

A    He was not coming there.  The government would have
arrested him.

Q    So what did you plan to do when you went back to
Afghanistan with this information?

A    Had I not come there, it was dangerous for me and my
family.

Q    Right.  But when you did decide to go back to
Afghanistan, what did you plan to do when you got there?

A    When I came to Afghanistan, I wanted to reveal the
identity of the people who are involved in this activity.

Q    To whom?

A    To the government.

Q    Did you eventually return to your village, to Garatek
Village, after this meeting with Abdul Rahman?

A    Yes.

Q    About how long after did it take you to repack your
family and move back?

A    About two or two and a half months later I came there.

Q    When you returned to Afghanistan, did you in fact attempt
to relay the information you had learned from Abdul Rahman to
the authorities?

A    Yes.

1    Q    Who did you first go to see?

2    A    I did not understand this.

3    Q    Sure.  Who was it that you first contacted to try to

4    relay this information to the government?

5    A    The first time was a bodyguard of the sub-governor.

6    Q    How is it that you knew this bodyguard?

7    A    He was my friend from, old time friend.

8    Q    When you went to see this person, what did you tell him?

9    A    I told him that the Taliban had asked me something to do

10   for them.  But I don't want to be involved with this.  And I

11   asked him to find out someone for me that I can reveal the

12   identity of these people.

13   Q    Did there come a point that this person introduced you to

14   someone else?

15   A    Yes.

16   Q    Who was that?

17   A    It was Haji Latif, who was the chief of the police of

18   this county.

19   Q    Had you ever met Haji Latif before you were introduced to

20   him by this acquaintance of yours?

21   A    No.

22   Q    Did Haji Latif ultimately take you -- let me back up.

23   Did you tell Haji Latif in more detail than your bodyguard

24   friend what Abdul Rahman had sent you back to do?

25   A    I said to the bodyguard that I want to speak with

```
1   someone, then to Haji Latif I explained these things.

2   Q   Did you explain everything that had happened to you in

3   Peshawar to Haji Latif?

4               MR. VANEGAS:  Objection.

5               THE COURT:  Wait, before he answers, we have an

6   objection.

7               MR. VANEGAS:  Objection to the form of the question.

8               THE COURT:  It is a leading question.  Why don't you

9   rephrase it in terms of what he did say?

10              MR. STIGLITZ:  Okay.

11  BY MR. STIGLITZ:

12  Q   What did you say to Haji Latif when you saw him?

13  A   I told him that Abdul Rahman, he asked me so and so.

14  Q   After you had this conversation with Haji Latif, at some

15  point later, did he introduce you to other people?

16  A   Yes.

17  Q   Who were those people?

18              THE INTERPRETER:  I'm sorry.  I did not hear the

19  first part.  Can I ask him to repeat?

20              THE COURT:  Yes, go ahead.

21              THE WITNESS:  One was, the name was Jeff.  He is

22  sitting right there.  And the other one was Carl Tucker.

23  BY MR. STIGLITZ:

24  Q   When you came back to Afghanistan before you had a chance

25  to meet with your bodyguard friend, did you see Khan Mohammed?
```

1              THE INTERPRETER:  I'm sorry.  Can you repeat this

2    again?

3              MR. STIGLITZ:  Sure.

4              THE COURT:  Keep them shorter.  It makes it easier.

5              MR. STIGLITZ:  Yes.

6    BY MR. STIGLITZ:

7    Q    When you first returned to Afghanistan before seeing your

8    bodyguard friend, did you see Khan Mohammed?

9    A    Yes.

10   Q    Where did this meeting take place?

11   A    He came to my house.

12   Q    How long after you returned to your village did he come

13   to see you?

14   A    Two or three days later.

15   Q    When he came to visit you, what did he have to say?

16             MR. VANEGAS:  Objection, Your Honor.

17             THE COURT:  It's the defendant who, he's asking to

18   repeat what the defendant has said to him.  I'm not sure what

19   the objection is.

20             MR. VANEGAS:  May we approach?

21             THE COURT:  All right.

22             (Bench conference.)

23             THE COURT:  What's the objection?

24             MR. VANEGAS:  I thought the issue with the sources

25   statement that were excluded when he comes back.  There was a

1    meeting initially as far as a statement that was --

2              THE COURT:  I don't know what he's going to say.

3              MR. STIGLITZ:  My understanding and the way I've

4    instructed Mr. Jaweed is that you were instructed that we were

5    not allowed refer to the defendant having spoken to Abdul

6    Rahman previously and therefore knowing that Jaweed is coming.

7              THE COURT:  Right.

8              MR. STIGLITZ:  But that was the limit of what I was

9    told we couldn't get into.

10             THE COURT:  That's correct.

11             That's the only thing that I think in terms of, that

12   I recall.  A statement made by the defendant to Jaweed

13   concerning defendant's knowledge that Jaweed was going to meet

14   with him.  Doesn't exclude anything else, and excluding, you

15   know, that the defendant previously report to the Taliban and

16   that Rahman held a particular title.  There isn't anything

17   else.

18             MR. VANEGAS:  I thought that that's the direction

19   they were moving in.

20             THE COURT:  Well, as I understand it, you've advised

21   him that he is not to say that?

22             MR. STIGLITZ:  Yes.

23             THE COURT:  Okay.

24             (Open Court.)

25             THE COURT:  If I could just ask the interpreter, he

```
 1   will do the question again, when there are objections, if you

 2   would translate that for him as well, the objections and my

 3   rulings just in case it impacts on what he says.

 4           THE INTERPRETER:  Your Honor, he told me to tell you

 5   something.

 6           THE COURT:  He can't discuss things with the Court.

 7           THE INTERPRETER:  Okay.

 8   BY MR. STIGLITZ:

 9    Q   The last question, I believe, was something to the effect

10   of when you returned, when Khan Mohammed came to see you, what

11   was it that he had to say?

12    A   First he said hello.

13           THE INTERPRETER:  And I did not get the second part

14   if I can ask him to repeat.

15           THE COURT:  If you would ask him, and, Mr. Jaweed,

16   if you would stop at certain points and not speak for too long

17   a period because it makes it difficult for the interpreter to

18   remember exactly what you're saying.  So if you could do it in

19   shorter pieces.

20           So if, Mr. Jaweed, go ahead and repeat your answer

21   again.

22           MR. STIGLITZ:  Let me interrupt you.  Can we

23   approach for one moment?  I'm sorry.

24           (Bench conference.)

25           MR. STIGLITZ:  My Pashto is a little rusty, but I
```

think I picked up the name Abdul Rahman in that exchange.  And I wanted to make sure that he understood or remembered that he wasn't to talk about Abdul Rahman, anything about knowing that Abdul Rahman had sent him.  I'm not sure how the Court wants to address that, but I didn't want to worry about unringing the bell.

THE COURT:  I guess the question is -- what he can say is what Abdul Rahman told him, you know, told Jaweed to talk to him.  That, he can say.

What he can't say is that he already knew from Abdul Rahman that he was coming.  I'm not sure how you can frankly do that because Rahman would be part of the answer.

MR. STIGLITZ:  Right.  Well, that's why I'm here because I wanted the Court's advice as to how to address that.

THE COURT:  Why don't we just lead him a little bit to make certain that he does not -- I guess the question is, what it is that --

MR. STIGLITZ:  Khan Mohammed said when he came to your house.

THE COURT:  You've instructed him.  That's the best you can do.  If he starts to get into it, I'll cut it off.

MR. STIGLITZ:  Okay.

(Open Court.)

THE COURT:  Mr. Jaweed, if we could, I'm sorry to make you answer it again, but if you could do it in shorter

1  pieces of information so that we can, the interpreter can do

2  it in shorter pieces of information as well.

3          THE WITNESS:  Okay.

4          THE COURT:  Perhaps we could --

5          Mr. Jaweed, do you remember what you were asked?

6          THE WITNESS:  Yes.

7          THE COURT:  Okay.  Then if you would go ahead and

8  give us your answer.

9          THE INTERPRETER:  I'm sorry, Your Honor.  He said

10  something that I should remember what he said.  Now, he's

11  going further ahead of that.  Should I tell what he told me

12  from what I remember?

13          THE COURT:  In terms of his first part of his

14  answer?

15          THE INTERPRETER:  Yes.

16          THE COURT:  Yes, go ahead.

17          THE INTERPRETER:  After he said hello, he told me

18  that Rahman, he called me about something.

19          MR. VANEGAS:  Objection, Your Honor.

20          THE COURT:  No, that's called him, Khan Mohammed.

21  Go ahead.

22  BY MR. STIGLITZ:

23   Q   And after telling you that Abdul Rahman had called him --

24          THE COURT:  If we could clarify, can the Court

25  assume, Mr. Jaweed, that you're talking about that Abdul

1    Rahman called you, Mr. Jaweed?

2            THE WITNESS:  No, he had called Khan Mohammed.

3            THE COURT:  All right.  Then we need to -- let me

4    take a -- we're getting a little confused in here in terms of

5    the interpretation.  So in order to make sure that this works,

6    let me at this point strike his answer from the jury's

7    perspective.  Okay.  So it's not part of the evidence.  Let me

8    take a short break so that we can clarify some things and move

9    this along in terms of how this should proceed.

10           So, up to this point, in terms of his last answer,

11   all that is stricken.  And we'll come back and try and put

12   this together a little better.

13           (Jury Out.)

14           THE COURT:  Mr. Jaweed, were you given instructions

15   by counsel as to something that you should not bring up in

16   your testimony?

17           THE WITNESS:  Yes.

18           THE COURT:  And it concerned this, is it correct

19   that it concerned this first conversation that you had with

20   Mr. Khan Mohammed; is that correct?

21           THE WITNESS:  Yes.

22           THE COURT:  Do you remember what you were told not

23   to bring up in your testimony?

24           THE WITNESS:  When you returned from Pakistan and

25   Khan Mohammed told you something, don't mention it.

```
1            THE COURT:  Okay.  But what is it that you weren't

2   supposed to mention that Khan Mohammed said to you?

3            THE WITNESS:  About the telephone call of Abdul

4   Rahman and the visit of Abdul Rahman.

5            THE COURT:  Then this telephone call and visit of

6   Abdul Rahman was to whom?

7            THE WITNESS:  I did not understand that.  Can you

8   explain it?

9            THE COURT:  I believe what I would ask is that we

10  ask counsel to tell you that, in discussing your conversation

11  with Khan Mohammed that, at that first visit.

12            THE WITNESS:  Yes.

13            THE COURT:  That you not bring up.

14            THE WITNESS:  Yes, that's correct.

15            THE COURT:  That Abdul Rahman had already contacted

16  Khan Mohammed about you.

17            THE WITNESS:  Yes.

18            THE COURT:  Okay.  So, what we don't want you to say

19  is that Khan Mohammed told you that Abdul Rahman had already

20  contacted him about you.

21            Do you understand?

22            THE WITNESS:  Yes.

23            THE COURT:  But you can talk about whatever else you

24  talked about with Khan Mohammed.

25            THE WITNESS:  Okay.
```

1          THE COURT:  I think that's the best I can do at this

2     point.  All right.

3          I'll just simply explain that, because we had

4     interruptions, that we wanted to go back.  I'll have you

5     re-ask your question again.  And then if you would tell them

6     that the lawyer is going to ask the question again.

7          Can you tell Mr. Jaweed, the attorney is going to

8     ask you the question again.  When you give your answer, if you

9     talk for a long period as part of your answer without stopping

10    to let the interpreter interpret it, it sometimes, it's hard

11    for him to do so.

12         THE WITNESS:  Okay.

13         THE COURT:  All right.  So when the lawyer asks you

14    again about what it is that you talked about when Khan

15    Mohammed came to visit you, do you understand what you can

16    talk about and what you cannot talk about?

17         THE WITNESS:  Yes, I understood.

18         THE COURT:  All right.  Then let's proceed.

19    Hopefully, this has sort of smoothed its way over and we'll

20    proceed with it.

21         MR. STIGLITZ:  As long as the jury's not here,

22    Mr. Jaweed indicated he had a concern earlier.  I'm not sure

23    if that's something that we want to address at this time.

24         THE COURT:  Since we don't have the jury here,

25    Mr. Jaweed, I cannot have a conversation with you.  But if

1  there's something in particular you were asking to have

2  clarified or something else, you can tell me what it is.

3          THE WITNESS:  I have a severe headache.  And since I

4  was waiting, I have such a big headache.

5          MR. STIGLITZ:  Okay.  If you could tell Mr. Jaweed

6  that we have about 45 minutes and then we'll be done for the

7  day.

8          THE COURT:  Speak directly to him as if you're

9  speaking to him and he'll interpret it.

10          MR. STIGLITZ:  Mr. Jaweed, we have about 45 more

11  minutes today and then you'll be done for the day.  Do you

12  think you're okay to continue for just that period of time?

13          THE WITNESS:  Yes, okay.

14          THE COURT:  All right.  Then there is a nurse in the

15  building if he wants to take something as he's leaving, which

16  you can tell him.

17          THE WITNESS:  I did use some tablets.

18          THE COURT:  Okay.  Are you ready to go forward?

19          THE WITNESS:  Yes.

20          (Jury Present.)

21          THE COURT:  All right.  Thank you for your patience.

22  As I indicated to you before, just take out of your mind and

23  it's stricken as whatever we started to give his answers.

24  You're going ask the question again.  And we will do this in

25  shorter sentences so the interpreter can be very specific

1   about who the individuals are that we're talking about.

2          Proceed.

3   BY MR. STIGLITZ:

4   Q   Mr. Jaweed, when Mr. Mohammed came to you, I believe you

5   said earlier the first thing he did was greeted you back to

6   the village; is that correct?

7   A   Yes.

8   Q   After that, did you have a conversation with him?

9   A   Yes, after that.

10  Q   Why don't you explain for the jury what happened during

11  that conversation?

12  A   He just came there for the purpose to say hello and he

13  did that.  And then --

14  Q   And then what happened?

15  A   He said we will meet again to speak together.

16  Q   Well, did you have more conversation with him besides

17  that?

18  A   Nothing important but he did say that we will speak

19  together later on.

20  Q   Let me ask you this.  Did you mention at all your meeting

21  that you had had in Peshawar?

22  A   Yes.

23  Q   Why don't you tell us what, the conversation you had with

24  Khan Mohammed regarding your meeting in Peshawar with Abdul

25  Rahman?

1    A    I told him that Abdul Rahman, he sent me here from there.

2    And then he told me that I know about it.

3    Q    What did you tell Khan Mohammed that you were sent back

4    to do?

5    A    I did not understand.

6    Q    Sure.  When you talked about your meeting with Abdul

7    Rahman, what, if anything, did you tell Khan Mohammed that you

8    were sent back to Afghanistan to do?

9    A    I told him that he sent me here for some work or

10   something to do.  And he replied that I know about that.

11   Q    Did you tell him what type of work it was you were sent

12   back to do?

13   A    Yes.  I told him that he asked me to find the missiles

14   and fire the missiles toward the airport.

15   Q    Which airport were you referring to?

16   A    Jalalabad airport.

17   Q    Did you indicate to Khan Mohammed whether you would be

18   able to get those rockets?

19           MR. VANEGAS:  Objection to the form.

20           MR. STIGLITZ:  Ask for a little latitude on this

21   particular area, Your Honor.

22           THE COURT:  I will on this particular one.

23           Go ahead.

24           THE INTERPRETER:  I'm sorry.  The question was?

25   Would you repeat question?

1  BY MR. STIGLITZ:

2  Q   Did you advise Mr. Mohammed concerning whether you would

3  be able to obtain the rockets?

4  A   I told him that I cannot find those and he told me that

5  you must.

6  Q   Why did he say that you must find them?

7  A   So those people would trust you.

8  Q   When you refer to those people, who was Khan Mohammed

9  referring to?

10 A   Abdul Rahman in Habib Zai.

11 Q   Okay.  We'll talk about Habib Zai in a moment.

12     About how long was this meeting with Khan Mohammed?

13 A   He was there for a while.  Then other people came and

14 then I also walked out.

15 Q   Did you continue your discussion about your meeting with

16 Abdul Rahman after the other people came?

17 A   No, we stopped it.

18 Q   Why?

19 A   Because it was not a good thing.  We could not discuss it

20 in front of other people.

21 Q   So after this meeting, when you went to your friend, the

22 bodyguard, and then to Haji Latif, was it after that that you

23 were introduced to the Americans?

24 A   Yes.

25 Q   Do you recall where your first meeting with the Americans

1    was?

2    A    In Jalalabad airport.

3    Q    When you spoke to the Americans, did you explain to them

4    about your meeting with Abdul Rahman in Pakistan?

5    A    Yes.

6    Q    Based on your meeting with them, what is it -- well, did

7    the Americans come up with a plan for you to follow?

8    A    They give me something which was like a tape recorder,

9    and they told me to take this and speak to him.

10   Q    What did they want you to tell Khan Mohammed?

11   A    Tell him that I found this thing, the missiles.

12   Q    Now, at any point were you ever given, were you ever in

13   possession of any missiles yourself?

14   A    No.

15   Q    You mentioned the Americans gave you something.  What was

16   the term you used for it?

17   A    It was a small instrument.  I had never seen it before.

18   It was a recording.

19   Q    Had you ever owned a recorder like that before?

20   A    No.

21   Q    Had you ever even seen a recorder like that before?

22   A    No, I had not seen it.

23   Q    Who showed you how to use the recorder?

24   A    Haji Latif.

25   Q    Now, after this meeting with the Americans, did you

1   subsequently have a meeting with Khan Mohammed?

2   A    Yes.

3   Q    I want to turn your attention to August 18th of 2006.

4   Did you have a meeting with Khan Mohammed on that day to

5   discuss what the Americans wanted you to talk about?

6   A    Yes.

7   Q    And did you have that recorder with you?

8   A    Yes.

9   Q    Have you since had an opportunity to listen to the

10  recording that was made from that meeting?

11  A    Yes.

12  Q    From what you remember, was that recording an accurate

13  recording of the conversation that you had with him?

14  A    Yes.

15        MR. STIGLITZ:  Your Honor, at this point, if we

16  could distribute the binders of transcripts that are

17  collectively marked as Exhibit 2.

18        THE COURT:  All right.

19        MR. STIGLITZ:  Would the Court like a copy?

20        THE COURT:  Yes.

21        (There was a pause in the proceedings.)

22        MR. STIGLITZ:  Your Honor, at this point I would

23  recommend that everybody who wants to listen to this use their

24  ear phones at this point.

25        THE COURT:  All right.  Since you have them, put

1   them on.

2           Can you indicate for the record what you're doing?

3           MR. STIGLITZ:  Right now, I'm just trying to see if

4   the audio is working.  So let me just pause for a moment if I

5   may.

6           Your Honor, at this point, if I may, we're going to

7   be playing Exhibit 1A.  And we would also turn the jury's

8   attention to the transcript marked Exhibit 2A.

9   BY MR. STIGLITZ:

10   Q   Mr. Jaweed, just so you understand, occasionally I'm

11  going to pause and ask you about a brief portion of the

12  recording you would just hear and have you describe what's

13  going on.

14   A   Okay.

15           (Government's Exhibit Number 1A is played.)

16  BY MR. STIGLITZ:

17   Q   Now, sir, I'm going to -- first of all, can you read or

18  write, sir?

19   A   No, I cannot.

20   Q   Just for the record, I'm going to turn your attention to

21  Line 6.

22           Toward the beginning of this conversation, Khan Mohammed

23  asks you did you get the thing.  What is it that he's talking

24  about there?

25   A   This is the missiles.

1   Q    Now, in the next line you say, "I've got the thing, also

2   got the missiles too."  Are you talking about two separate

3   things or the same thing?

4   A    It is the missiles that I found it.

5            MR. STIGLITZ:  Your Honor, I just want to make sure

6   that all the jurors are able to hear the audio.

7            THE COURT:  Put your hand up if, for some reason,

8   you can't.

9            MR. STIGLITZ:  Okay.

10  BY MR. STIGLITZ:

11  Q    You asked him a little further in Line 7, "What did you

12  do about the mines?"  What are you asking him about?

13  A    I asked him if he found the mines or not.

14  Q    What mines?

15  A    To blow up the cars.

16  Q    When had this topic of mines previously been discussed

17  between you and Khan Mohammed?

18  A    One day we were, we met each other.  And he told me, you

19  find the missiles and I'll find the mines.

20  Q    Okay.  If we can continue on Line 10.

21       (Recording resumed.)

22  BY MR. STIGLITZ:

23  Q    Now, Line 10, you say, Khan Mohammed says, "I have some

24  weapons.  And the fact that you got these things is very good

25  news."  When he tells you these things that you got, what is

1    he referring to?

2              THE INTERPRETER:  I'm sorry, Line 10 you say?

3              MR. STIGLITZ:  Line 10 toward the bottom.  When he

4    says, "I have some weapons and the fact that you got these

5    things, it is very good news."  What is he talking about?

6    A    Missiles.

7    Q    And in response you tell him, "I've placed that thing

8    somewhere."  What are you talking about there?

9    A    The missiles.

10   Q    Now, on Line 14, why is Khan Mohammed concerned that we

11   cannot reveal our secret to others?

12   A    Because if he would tell someone else, they would know

13   about our activities that we are involved.

14   Q    Why is that a problem?

15   A    It is problem because the government will get them.

16   Q    Continuing on Line 16.

17        (Recording resumed.)

18   BY MR. STIGLITZ:

19   Q    On Line 16, Khan Mohammed says, "We'll bury this away

20   from home.  This is a disgraceful act and there are many

21   informers."  What are you and Khan Mohammed talking about at

22   this point?

23   A    He is trying to tell me that we would keep this away from

24   our home somewhere because there are informers and they may

25   report him to the government and we may get arrested.

1    Q    But when he refers to this being a disgraceful act, what

2    is Khan Mohammed saying?

3    A    He is trying to tell me that we should keep it away from

4    here.  If the government know, they would arrest us.

5    Q    Now, on Line 21 -- excuse me.  Okay.  Let me just

6    continue.  We're at Line 24.

7        (Recording resumed.)

8    BY MR. STIGLITZ:

9    Q    Now, Khan Mohammed says, "I will also blow up the mines

10   there.  I have blown them up around the Dagosar and blown them

11   up around the Red Castle."  What is Khan Mohammed telling you

12   he has done when he says this?

13            THE INTERPRETER:  What line?  Where are we?

14            MR. STIGLITZ:  I'm sorry, Line 24.

15            THE WITNESS:  He says that I blowing up mines in

16   Dagosar and the Red Castle too.

17   BY MR. STIGLITZ:

18   Q    Did you know what he was referring to in terms of what he

19   blew up?

20   A    He blew up the government cars.

21   Q    And on the next line, the next sentence, when he says,

22   "The fact that you are my new associate, this is a secret

23   between you and me."  What is Khan Mohammed telling you there?

24   A    He tries to tell me that I should not reveal my secret to

25   anyone else.  This should only be between me and you.

1    Q    Then he says, "then God willing, there is money and

2    everything in this."  What is Khan Mohammed saying?

3    A    He is trying to say that, if we do this together, then

4    there is money in it.  The Taliban would pay us money.

5    Q    Finally, in the last sentence he says, "These are

6    infidels, and we will kill them and we will continue our Jihad

7    with blessing."

8         Now, my first question to you is who is Khan Mohammed

9    referring to when he uses the term infidels?

10   A    The foreign, the foreign forces that came to Afghanistan,

11   that is what he mean.

12   Q    And when he says, when he uses the term Jihad, what's

13   your understanding of what that term means?

14   A    Jihad is something when we were fighting against the

15   Russian, and the people there used to call that fight a Jihad.

16   Q    So, the similar term is being used here to refer to the

17   current foreigners in the country?

18   A    Yes.

19   Q    If we could continue with Line 25.

20        (Recording resumed.)

21   BY MR. STIGLITZ:

22   Q    Okay.  What are you telling Khan Mohammed about in this

23   line that we just heard?

24   A    I told him, had you not been with me in this, I would not

25   have agreed to do this work.  I came here because of you.

1    Q    So, when you said to him in the middle of that paragraph,

2    "Based on the instruction of these people when they told me to

3    work together with Khan Mohammed, and I said Khan Mohammed is

4    my long-time friend," who, when you referred to these people,

5    who are you talking about?  And this is in the middle of Line

6    25.

7    A    What I was trying to say, if we work together with Khan

8    Mohammed, he will keep my secret and I would keep his secret,

9    Khan Mohammed's secret.

10    Q    Right.  But when you tell him, "based on the instruction

11    of these people," which people are you talking about?

12    A    Abdul Rahman.

13    Q    You also mentioned at Line 25 Kunar.  What are you

14    talking about there?

15    A    He once told me that these people want us to go to Kunar

16    area.  And I'm telling him that I cannot go to Kunar area.

17    Q    Is that a different province?

18    A    Yes, another province.

19    Q    When he says, "these people want you to go to Kunar," who

20    is he talking about?

21    A    The Taliban.

22    Q    Now, continuing at Line 26.

23        (Recording resumed.)

24    BY MR. STIGLITZ:

25    Q    Now, Line 26, it's on Page 4 at the top when he says, "We

1    can place and explode bombs and fire missiles toward the

2    airport," which airport is he talking about?

3    A    Jalalabad airport.

4    Q    And in Line 29 you asked him, "What is the target of

5    these people?"  Which people are you talking about?

6    A    The Taliban.

7    Q    So let's continue with his response at Line 30.

8        (Recording resumed.)

9    BY MR. ROTHSTEIN:

10   Q    Line 30 when he says, "What they do is to kill the

11   Americans."  And later they say, "If we have to fire the

12   missiles."  And at the bottom of Line 30, he says, "God

13   willing, we and you will keep doing our Jihad."  When he's

14   referring to they and we, who is Khan Mohammed referring to

15   here?

16   A    He means Americans.

17   Q    Well, when he says, "what they do is to kill the

18   Americans," who is Khan Mohammed talking about?

19   A    They do means the Taliban.

20   Q    And when he says, if we have to fire -- well, let me go

21   to the bottom.  When he says, "God willing, we and you will

22   keep doing our Jihad," who is he talking about when he says

23   we?

24   A    Me and himself.

25   Q    Continuing with Line 31.

1           (Recording resumed.)

2     BY MR. STIGLITZ:

3     Q     Okay.  On Line 34 or Line 32, when Khan Mohammed says,

4     "God willing, I will take you there and make you sit there,"

5     what is Khan Mohammed talking about?

6     A     He mean where Abdul Rahman and Habib Zai.

7     Q     All right.  And Line 34, we actually see for the first

8     time a reference to Habib Zai; is that correct?

9     A     Yes.

10    Q     Who is Habib Zai?

11    A     He is also someone from Garatek.

12    Q     Who is he now?

13    A     He is in Pakistan now.

14    Q     Okay.  Well, did there come a point in time that Habib

15    Zai had a more official role in your province?

16    A     No, he was a sub-governor in another county.

17    Q     In another county, and who was he a sub-governor for?

18    A     The Talibans.

19    Q     I'm sorry.  Where is he today?

20    A     Presently he is in Pakistan in Peshawar.

21    Q     And Habib Zai is from the same village that you, Abdul

22    Rahman and Khan Mohammed are from?

23    A     Yes.

24    Q     Continuing on Line 36 on Page 5.

25          (Recording resumed.)

BY MR. STIGLITZ:

Q    Ending at the bottom of Page 5, what is it that Khan
Mohammed is telling you at this point?

A    He is telling me that, "We're here to attack the county
office or the Americans, and, God willing, we will do this
attack."

Q    When you refer to the county office, is that an Afghan
office or is that an American office?

A    It is a, the local government office, but he said those
who are with the Americans, they could also be killed.  It is
allowed to be killed.

Q    Okay.  And toward the bottom of Line 38, when he says,
"God willing, we will take it back from them.  These are
infidels, and we have to eliminate them."  What is he talking
about taking back?

A    He is telling me that these are infidels.  We're here to
get them out of Afghanistan and this should be between me and
you.

Q    Well, at the bottom, he says, "Look, make sure that you
don't let anyone know this.  It is something only between the
two of us."  Why doesn't he want you to let anybody know about
this?

A    If some other people know, then they report to the
government.

Q    And why would that be a problem?

1    A    Had the government noticed this, they would have arrested

2    us and they would have told us why do you say things like

3    that.

4    Q    Okay, let's continue with Line 39 at the top of Page 6.

5        (Recording resumed.)

6    BY MR. STIGLITZ:

7    Q    On Line 40, when Khan Mohammed says, "And it is our law

8    that one should not share all the secrets with a friend,"

9    whose law is he referring to?

10    A    The Taliban's law.

11    Q    Continuing with Line 41.

12        (Recording resumed.)

13    BY MR. STIGLITZ:

14    Q    Now, you complain in Line 43 about money.  What are you

15    complaining about there?

16    A    I was trying to ask him if these people have the money or

17    not.  He replied that yes, they do have the money.

18    Q    So when he says on Line 44, "When you do an attack, if

19    successful, then we will give you a lot of money.  We will not

20    forget about you," who is he talking about?

21    A    He was telling me, if we are successful in these attacks,

22    then we will pay you a lot of money.

23    Q    Who is we?

24    A    Abdul Rahman, Habib Zai and him.

25    Q    So in Line 45 when you ask him, "You and Habib Zai and

1    Qari Abdul Rahman are together in this," And he responds,

2    "Abdul Rahman, Habibzai in our word are the same," what is he

3    telling you?

4    A    He is trying to tell me that the three of us, what we

5    say, our word is the same.

6    Q    When he says, "We are his people and with him we make our

7    program" -- this is at the bottom of Line 6, top of Line 7,

8    when he refers to "program," what does that word mean?

9    A    He said that we are successful in these attacks, then we

10    would make our own program.

11    Q    At this point in time -- well, are Abdul Rahman and

12    Habibzai still members of the Taliban?

13    A    Yes.

14          THE COURT:  We're probably at the point -- I think

15    it's 4:00, isn't it?  We've got quite a bit more, so I think

16    we should stop at this point.  If you would tell him we'll be

17    stopping.

18          Mr. Jaweed, if you would just wait there for a

19    moment.  And, counsel, if you'd approach so we can figure out

20    timing.

21          (Bench conference.)

22          THE COURT:  We're excusing them and coming back

23    Monday.  Is there anything that you see coming up over the

24    weekend that we need to talk about first thing in the morning?

25    If not, I'll -- I may ask them to come at 9:00.

1          MS. JAHN:  Your Honor, I do have, Judge Friedman is

2    in another trial that he starts at 9:30.  He has set a 9:15

3    matter.  Should be a very brief five-minute status conference.

4    If the Court would allow me to appear then and then perhaps

5    start at 9:30.

6          THE COURT:  You can't afford to.  This is going to

7    take a long time.  I'm concerned frankly if we wind up into

8    the, not next week but the week after, we're going to have a

9    two-day break.

10          MS. JAHN:  If I could get some guidance from the

11    Court.

12          THE COURT:  I'll tell Judge Friedman.  I don't want

13    you stuck in the middle.

14          MS. JAHN:  With regard to Friday, if we get to next

15    Friday, you still here by next Friday?

16          THE COURT:  Absolutely.  We're going to run on, you

17    know, depending on whether we've got matters in the morning,

18    we'll run straight through until 5:00.  You know, if some

19    reason this thing finishes faster, that's a different issue.

20          Mr. Mohammed is having trouble hearing.

21          (There was a pause in the proceedings.)

22          MS. JAHN:  I just want to ask the Court if it would

23    be appropriate, if I try to clean up my schedule, ask your

24    assistance from other judges who set 9:00 o'clock matters.

25          THE COURT:  Sure.  Tell them that we're starting.

1    You should not be stuck in the middle.  This is between the

2    judges.

3             MS. JAHN:  There is no way for me to then --

4             THE COURT:  No problem.  So do we have something

5    where we need to talk about that you can anticipate?

6             MR. VANEGAS:  Not that anything comes to mind, Your

7    Honor.

8             THE COURT:  Okay.  Let me set it for 9:00 as I said.

9    Whenever we get in, but we didn't start till close to 9:30 so.

10            MR. STIGLITZ:  Could I recommend that the Court

11   instruct the jurors to pull out their cover sheet and just put

12   their seat or juror number on it, because I know some of them

13   I can tell are writing notes on their copies.

14            THE COURT:  That's fine.  That's not a problem.

15            (Open Court.)

16            THE COURT:  All right.  Members of the jury, I'm

17   going to excuse you for the day.  I did tell you we would stop

18   around 4:00.  And I will ask you to come back on Monday.  I'm

19   going to ask you to be in the jury room before 9:00.  We're

20   going to try and bring you out at 9:00.  So that we can get as

21   much time as we can each day.  Okay?  So what I would ask is,

22   on the transcripts, if you would -- on the cover sheet you

23   said?

24            MR. STIGLITZ:  Just pull out the cover itself.

25            THE COURT:  If you want to pull out the cover and if

1    you would put your name on it, because I see some of you seem

2    to be writing, you know the front and just put, excuse me, put

3    your seat number, not your name.  I'm sorry.  Put your seat

4    number, you know, where you are, and that way we'll give you

5    back the same transcript binders.  I think you can just pull

6    it out and just put your seat number, keeping in mind that one

7    is at that end and seven is that way.

8         Then if we can collect the, before you go out just

9    to make sure.  Why don't you collect the earphone things so

10   they don't fall or we don't have problems with them?  If you

11   would leave the binders and your notebooks on your seat, we'll

12   pick those up.  And just remember to wear your badges so

13   people know you're jurors.  People are much more careful about

14   what they say in front of you if they realize that you're

15   actually a juror.

16        Have a very good evening and weekend.  For those who

17   are mothers, happy mother's day, and I'll see you on Monday.

18   Don't talk about the case.

19        (Jury Out.)

20        THE COURT:  All right.  Mr. Jaweed, we'll resume

21   your testimony on Monday morning.  So have a good weekend.

22   Everybody else, have a good weekend as well.  Take care.

23        (Whereupon, at 4:00 p.m. the above proceedings was

24   adjourned.)

25

1                              **C O N T E N T S**

2    **WITNESS**                        **DIRECT** **CROSS**   **REDIRECT**   **RECROSS**

3      (Government)

4    JEFFREY HIGGINS

5      By Ms Jahn                    2

6      By Mr. Rothstein                    7

7    JAWEED

8      By Mr. Stiglitz              12

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF REPORTER

3          I, Lisa Walker Griffith, certify that the foregoing

4    is a correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**-**
------------------------------X [2]  1/2 1/8

**0**

0001 [1]  1/15
06-357 [1]  1/3

**1**

10 [4]  44/20 44/23 45/2 45/3
12 [1]  57/8
14 [2]  6/17 45/10
1400 [1]  1/14
14th [1]  2/16
16 [2]  45/16 45/19
18 [1]  6/17
18th [5]  2/9 2/18 2/25 3/20 42/3
1A [2]  43/7 43/15

**2**

20 [2]  2/22 13/10
200 [1]  17/20
20001 [1]  1/23
20004 [1]  1/19
2006 [9]  2/23 3/4 4/12 4/13 4/24 6/17 6/17 7/18 42/3
2008 [1]  1/6
202 [3]  1/15 1/19 1/24
20530-0001 [1]  1/15
208-7500 [1]  1/19
21 [2]  2/23 46/5
21st [3]  3/21 4/10 4/13
22nd [1]  3/22
23rd [1]  3/23
24 [2]  46/6 46/14
25 [3]  47/19 48/6 48/13
250 [1]  17/20
26 [2]  48/22 48/25
29 [1]  49/4
2:00 [1]  1/7
2A [1]  43/8

**3**

3,000 [2]  14/21 14/21
30 [3]  49/7 49/10 49/12
305-3646 [1]  1/19
31 [1]  49/25
32 [1]  50/3
3247 [1]  1/24
34 [2]  50/3 50/7
354-3247 [1]  1/24
357 [1]  1/3
36 [1]  50/24
3646 [1]  1/15
37 [1]  12/9
38 [1]  51/12
39 [1]  52/4

**4**

40 [1]  52/7
41 [1]  52/11
43 [1]  52/14
44 [1]  52/18
45 [3]  37/6 37/10 52/25
4:00 [3]  53/15 55/18 56/23

**5**

50 [2]  14/21 16/18
5:00 [1]  54/18
5A [1]  7/1
5B [2]  7/1 7/20
5th [1]  1/18

**6**

625 [1]  1/18
6507 [1]  1/23
6th [2]  7/5 7/9

**7**

7500 [1]  1/19

**9**

9:00 [5]  53/25 54/24 55/8 55/19 55/20
9:15 [1]  54/2
9:30 [3]  54/2 54/5 55/9

**A**

Abdul [43]  1/21 19/14 19/23 21/7 21/14 22/20 23/5 23/12 23/25 24/1 25/15 25/23 26/2 26/17 26/23 27/24 28/13 30/5 32/1 32/3 32/4 32/8 32/10 33/23 33/25 35/3 35/4 35/6 35/15 35/19 38/24 39/1 39/6 40/10 40/16 41/4 48/12 50/6 50/21 52/24 53/1 53/2 53/11
abilities [1]  6/2
able [4]  11/10 39/18 40/3 44/6
about [79]
above [2]  56/23 58/5
above-entitled [1]  58/5
Absolutely [1]  54/16
accurate [1]  42/12
acquaintance [1]  27/20
act [2]  45/20 46/1
activities [3]  20/21 25/22 45/13
activity [2]  24/12 26/13
actually [3]  25/9 50/7 56/15
add [1]  8/24
additional [2]  2/18 2/24 3/8 4/9
address [6]  9/12 9/21 10/1 32/5 32/14 36/23
adjourned [1]  56/24
adults [1]  14/25
advice [2]  9/15 32/14
advise [1]  40/2
advised [1]  30/20
afford [1]  54/6
Afghan [2]  19/7 51/7
Afghanistan [13]  12/11 12/12 24/1 24/3 26/7 26/11 26/12 26/22 28/24 29/7 39/8 47/10 51/17
Afghans [1]  19/11
after [37]  2/11 2/14 2/22 2/23 2/24 2/25 3/9 3/11 3/12 3/14 3/19 3/23 4/7 4/10 4/13 5/25 6/3 21/13 21/15 21/16 21/17 23/5 23/14 24/21 26/17 26/19 28/14 29/12 33/17 33/23 38/8 38/9 40/16 40/21 40/22 41/25 54/8
afternoon [3]  2/1 12/6 12/7
again [12]  20/11 23/11 29/2 31/1 31/21 32/25 36/5 36/6 36/8 36/14 37/24 38/15
against [1]  47/14
AGENT [4]  2/2 5/13 7/4 7/12
ago [3]  13/10 18/3 18/23
agree [1]  20/17
agreed [2]  20/11 47/25
agreement [2]  20/12 20/14
ahead [8]  12/1 28/20 31/20 33/7 33/11 33/16 33/21 39/23
airport [10]  24/5 25/11 25/12 39/14 39/15 39/16 41/2 49/2 49/2 49/3
all [31]  2/4 3/4 5/10 7/2 7/24 8/2 10/13 11/18 14/1 14/24 15/6 17/6 20/10 20/25 29/21 34/3 34/11 36/2 36/13 36/18 37/14 37/21 38/20 42/18 42/25 43/17 44/6 50/7 52/8 55/16 56/20
allow [1]  54/4
allowed [2]  30/5 51/11
along [1]  34/9

already [3]  32/10 35/15 35/19
also [11]  5/3 12/4 16/7 18/8 40/14 43/7 44/1 46/9 48/13 50/11 51/10
always [1]  11/15
am [2]  22/23
AMERICA [1]  1/3
American [1]  51/8
Americans [12]  40/23 40/25 41/3 41/7 41/15 41/25 42/5 49/11 49/16 49/18 51/5 51/10
another [10]  3/10 14/4 14/4 14/10 20/8 24/15 48/18 50/16 50/17 54/2
answer [13]  5/17 9/17 9/18 22/1 31/20 32/12 32/25 33/8 33/14 34/6 34/10 36/8 36/9
answered [2]  4/17 5/15
answers [3]  7/15 28/5 37/23
anticipate [1]  55/5
any [3]  3/15 4/1 4/5 4/9 6/1 6/1 7/23 9/23 13/11 14/14 15/11 24/9 41/12 41/13
anybody [4]  16/19 23/2 23/18 51/21
anyone [2]  46/25 51/20
anything [10]  14/9 14/11 16/25 22/22 30/14 30/16 32/3 39/7 53/23 55/6
apart [1]  18/2
appear [1]  54/4
APPEARANCES [1]  1/11
approach [4]  10/25 29/20 31/23 53/19
appropriate [1]  54/23
approximately [6]  2/17 2/25 12/8 15/9 18/21 23/16
are [25]  7/5 9/22 15/16 16/5 20/13 24/24 30/1 30/1 30/20 31/2 32/14 33/2 34/15 36/9 36/21 36/21 37/8 37/15 37/22 37/23 42/17 55/8 55/20 55/21 56/22
army [1]  15/4
around [2]  10/15 14/13 14/16 46/10 46/11 55/18
arrest [1]  46/4
arrested [3]  26/5 45/25 52/1
as [25]  7/5 9/22 15/16 16/5 20/13 24/24 30/1 30/1 30/20 31/2 32/14 33/2 34/15 36/9 36/21 36/21 37/8 37/15 37/22 37/23 42/17 55/8 55/20 55/21 56/22
ask [30]  8/20 9/4 9/11 9/16 11/6 14/17 22/6 25/23 26/2 28/19 30/25 31/14 31/15 35/9 35/10 36/5 36/6 36/8 37/24 38/20 39/20 43/11 52/16 52/25 53/25 54/22 54/23 55/18 55/19 55/21
asked [10]  4/16 9/4 27/9 27/11 28/13 33/5 37/13 44/11 44/13 49/4
asking [5]  9/6 10/6 29/17 37/1 44/12
asks [2]  36/13 43/23
assistance [2]  5/15 54/24
assisting [1]  25/10
associate [1]  46/22
assume [3]  17/4 18/12 33/25
attached [1]  14/10
attack [4]  25/12 51/4 51/6 52/18
attacks [2]  52/21 53/9
attempt [1]  26/22
attended [1]  13/5
attention [5]  6/23 19/13 42/3 43/8 43/20
attorney [7]  8/20 9/6 9/10 9/16 9/22 10/5 36/7
attorneys [1]  8/24
audio [3]  4/6 43/4 44/6
August [1]  42/3
August 18th [1]  42/3
authorities [1]  26/24
Avenue [2]  1/14 1/18

## A

aware [1]  7/8
away [6]  17/18 17/25 18/15 21/9 21/12 45/19
45/23 46/3

## B

back [25]  18/13 23/12 23/15 23/17 24/2
25/16 25/20 26/6 26/10 26/20 27/22 27/24
28/24 29/25 34/11 36/4 38/5 39/3 39/8 39/12
51/13 51/15 53/22 55/18 56/5
badges [1]  56/12
bar [1]  5/3
based [3]  41/6 48/2 48/10
basis [1]  22/8
be [31]  3/5 8/9 8/16 10/16 11/4 11/10 11/23
12/5 16/16 22/9 25/8 25/16 27/10 32/12 37/6
37/11 37/25 39/17 40/3 43/7 46/25 51/10
51/11 51/17 51/25 53/16 54/3 54/23 55/1
55/19 56/2
because [15]  10/20 11/10 21/8 24/7 31/17
32/12 32/14 36/3 40/19 45/12 45/15 45/24
47/25 55/12 56/1
been [7]  2/16 3/2 12/24 13/9 13/19 17/23
20/8 44/16 47/24
before [13]  1/9 5/23 21/9 27/19 28/5 28/24
29/7 37/22 41/7 41/19 41/21 55/19 56/8
beginning [1]  43/22
being [3]  8/23 46/1 47/16
believe [9]  2/10 2/22 4/1 4/7 5/18 8/9 31/9
35/9 38/4
bell [1]  32/6
Bench [4]  11/3 29/22 31/24 53/21
besides [2]  13/23 38/16
best [3]  3/21 32/20 36/1
better [1]  34/12
between [9]  3/10 20/13 20/14 44/17 46/23
46/25 51/17 51/20 55/1
beyond [1]  4/24
big [1]  37/4
binder [1]  6/21
binders [3]  42/16 56/5 56/11
bit [3]  14/6 32/15 53/15
blessing [1]  47/7
blew [2]  46/19 46/20
blow [2]  44/15 46/9
blowing [1]  46/15
blown [2]  46/10 46/10
bodyguard [7]  27/5 27/6 27/23 27/25 28/25
29/8 40/22
bombs [1]  49/1
born [1]  13/1
boss [1]  20/4
bottom [7]  45/3 49/12 49/21 51/2 51/12
51/19 53/7
bravery [1]  5/21
break [3]  8/5 34/8 54/9
brief [2]  43/11 54/3
briefing [1]  6/5
briefly [2]  5/13 11/9
bring [4]  34/15 34/23 35/13 55/20
brothers [2]  13/24 14/3
building [1]  37/15
buildings [2]  14/2 14/11
bury [1]  45/19

## C

cable [1]  11/16
call [4]  8/3 35/3 35/5 47/15
called [7]  23/11 23/14 33/18 33/20 33/23
34/1 34/2
came [17]  18/13 19/24 23/4 26/12 26/21
28/24 29/11 29/15 31/10 32/18 36/15 38/4

38/12 40/13 40/16 47/10 47/25
can't [4]  18/2 46/10 47/14 49/9
cannot [4]  10/18 10/25 11/11 11/15 18/12 22/7 23/20
27/11 28/19 29/1 31/14 31/22 32/7 32/9
32/11 32/21 33/1 33/1 33/24 34/8 35/7 35/23
36/1 36/7 36/15 37/2 37/16 37/25 43/2 43/17
44/20 49/1 53/19 55/5 55/13 55/20 55/21
56/5 56/8
can't [5]  9/15 31/6 32/10 44/8 54/6
cannot [6]  36/16 36/25 40/4 43/19 45/11
48/16
care [2]  13/16 56/22
careful [1]  56/13
Carl [2]  28/22
CARLOS [1]  1/16
cars [2]  44/15 46/20
case [5]  1/3 3/25 4/2 31/3 56/18
Castle [2]  46/11 46/16
center [1]  11/15
certain [3]  20/12 31/16 32/16
Certainly [2]  4/22 5/7
CERTIFICATE [1]  58/2
certify [1]  58/3
chair [1]  10/15
chance [1]  28/24
Chaprahar [5]  12/16 12/17 16/8 16/9 16/14
chief [1]  27/17
children [3]  13/11 13/13 13/23
chose [1]  24/6
circumstances [1]  5/20
clarified [1]  37/2
clarify [5]  7/15 7/19 7/20 33/24 34/8
clean [1]  54/23
close [1]  55/9
Coles [1]  7/12
collect [2]  56/8 56/9
collectively [2]  15/6 42/17
COLLEEN [1]  1/9
COLUMBIA [1]  1/1
come [15]  19/10 19/23 21/14 21/18 21/19
21/21 23/11 26/8 27/13 29/12 34/11 41/7
50/14 53/25 55/18
comes [2]  29/25 55/6
comfortable [1]  10/17
coming [5]  26/4 30/6 32/11 53/22 53/23
complain [1]  52/14
complaining [1]  52/15
complete [1]  4/2
compound [16]  14/3 14/5 14/12 14/15 15/11
15/12 15/14 15/20 16/13 16/17 17/18 17/19
23/2 23/6 23/12 23/15
compounds [1]  14/22
comprised [1]  20/19
computer [1]  1/25
concern [1]  36/22
concerned [4]  34/18 34/19 45/10 54/7
concerning [2]  30/13 40/2
confer [1]  5/6
conference [5]  11/3 29/22 31/24 53/21 54/3
confused [1]  34/4
consider [1]  20/14
constant [1]  5/25
constantly [1]  6/7
contact [1]  19/10
contacted [3]  27/3 35/15 35/20
context [1]  5/2
continue [8]  37/12 40/15 44/20 46/6 47/6
47/19 49/7 52/4
continuing [5]  45/16 48/22 49/25 50/24
52/11
conversation [13]  3/13 3/19 23/1 28/14
34/19 35/10 36/25 38/8 38/11 38/16 38/23
42/13 43/22

cooperate [1]  24/23
copies [1]  42/13
copy [1]  42/19
Corn [1]  13/22
correct [15]  3/4 3/7 3/15 6/17 6/18 7/6 7/7
17/22 30/10 34/18 34/20 35/14 38/6 50/8
58/4
corroborate [1]  6/12
cotton [1]  13/22
could [21]  3/5 5/5 6/25 7/20 17/2 21/24 22/2
25/6 30/25 31/18 32/24 32/25 33/4 33/24
37/5 40/19 42/16 47/19 51/10 54/10 55/10
could clarify [1]  33/24
could confer [1]  24/23
couldn't [3]  25/23 26/2 30/9
counsel [3]  34/15 35/10 53/19
counsel's [2]  5/13 6/15
Count [1]  20/18
country [1]  47/17
county [9]  12/16 12/17 16/8 16/9 27/18
50/16 50/17 51/4 51/7
couple [1]  14/17
court [22]  1/1 1/22 8/19 8/23 9/2 9/10 9/12
9/19 10/6 11/21 21/3 30/24 31/6 32/4 32/23
33/24 42/19 54/4 54/11 54/22 55/10 55/15
Court's [3]  4/20 6/19 32/14
Courthouse [1]  1/22
courtroom [1]  16/20
cover [4]  55/11 55/22 55/24 55/25
covert [1]  6/1
Criminal [1]  1/3
cross [4]  2/5 2/6 7/15 57/2
current [1]  47/17
cut [1]  32/21

## D

D.C [2]  1/6 1/23
Dagosar [2]  46/10 46/16
danger [1]  25/7
dangerous [3]  1/13 5/20 26/8
DANI [1]  1/17
date [2]  2/8 3/18
day [12]  2/11 3/22 15/24 16/5 37/7 37/11
42/4 44/18 54/9 55/17 55/21 56/17
days [1]  29/14
DC [2]  1/15 1/19
deal [1]  10/11
debrief [1]  4/14
debriefed [1]  3/11
debriefing [8]  2/14 2/16 2/23 3/12 3/22 3/24
4/10 6/4
debriefings [4]  2/19 2/24 2/25 3/9
decide [1]  26/10
defendant [10]  1/7 1/16 17/3 17/7 20/17
29/17 29/18 30/5 30/12 30/15
defendant's [1]  30/13
Defenders [1]  1/17
depending [1]  54/17
Dept [1]  1/13
describe [3]  7/4 14/5 43/12
desperate [1]  24/8
detail [1]  27/23
determine [1]  6/4
devices [1]  4/6
did [103]
didn't [3]  6/10 32/5 55/9
different [3]  14/2 48/17 54/19
difficult [1]  31/17
direct [5]  6/23 7/5 9/5 12/3 57/2
directed [1]  7/13
direction [3]  7/11 7/12 30/18
directly [2]  9/10 37/8
director [1]  20/4
discuss [3]  31/6 40/19 42/5

## D

discussed [1] 44/16
discussing [1] 35/10
discussion [2] 5/3 40/15
discussions [1] 4/9
disgraceful [2] 45/20 46/1
displayed [1] 6/25
distribute [1] 42/16
district [6] 1/1 1/1 1/10 1/22 12/15 19/11
do [93]
does [8] 9/25 15/5 15/6 15/6 15/9 15/11
32/16 53/8
doesn't [2] 30/14 51/21
doing [9] 4/8 5/16 5/18 5/22 11/12 25/13
43/2 49/13 49/22
don't [34] 4/1 4/7 4/8 7/13 7/23 9/2 9/3 9/4
9/5 9/24 9/25 10/3 10/5 10/6 10/8 10/9 11/16
11/18 16/3 27/10 28/8 30/2 32/15 34/25
35/18 36/24 38/10 38/23 51/20 54/12 56/9
56/10 56/10 56/18
done [6] 2/24 5/23 10/13 37/6 37/11 46/12
down [1] 7/24
drought [4] 18/17 19/8 21/8 24/7
Drug [1] 1/13
dry [1] 18/17
dug [1] 15/16
during [10] 3/24 6/5 7/8 18/1 18/5 18/17
18/19 19/7 20/5 38/10

## E

each [5] 15/5 15/7 15/8 44/18 55/21
ear [1] 42/24
earlier [5] 17/21 19/20 19/20 36/2 38/5
earphone [1] 56/9
easier [1] 29/4
effect [5] 5/15 5/17 31/9
either [3] 3/22 8/23 9/6
electricity [5] 15/20 15/21 15/23 16/2 16/3
electronics [1] 6/9
eliminate [1] 51/14
else [13] 5/4 7/12 16/19 23/2 23/18 27/14
30/14 30/17 35/23 37/2 45/12 46/25 56/22
end [1] 56/7
Ending [1] 51/2
engages [2] 20/20 20/20
English [3] 9/16 9/18 10/10
entered [1] 20/8
entitled [1] 58/5
equipment [1] 6/8
ESQUIRE [4] 1/12 1/12 1/16 1/17
even [1] 41/21
evening [3] 15/22 15/23 56/16
events [1] 3/3
eventually [1] 26/16
ever [6] 13/5 27/19 41/12 41/12 41/19 41/21
everybody [2] 42/23 56/22
everyone [1] 16/1
everything [5] 8/14 18/17 24/24 28/2 47/2
evidence [4] 6/14 6/24 20/12 34/7
exactly [2] 23/8 31/18
examination [5] 2/5 2/6 5/11 7/16 12/3
exchange [1] 32/1
exclude [1] 30/14
excluded [1] 29/25
excluding [1] 30/14
excuse [5] 8/13 21/24 46/5 55/17 56/2
excused [1] 8/1
excusing [1] 53/22
Exhibit [5] 7/1 42/17 43/7 43/8 43/15
exhibiting [1] 5/21
expected [1] 5/24
experience [1] 24/9

explain [9] 8/17 9/4 21/24 22/2 28/2 35/8
38/18 49/21 51/1
explained [1] 28/1
explode [1] 49/1
extremely [1] 5/20

## F

fact [5] 20/23 26/22 44/24 45/4 46/22
facts [1] 20/12
fall [1] 56/10
familiar [2] 6/9 19/14
family [13] 13/3 15/5 15/7 15/8 15/9 18/10
18/11 18/12 18/25 19/2 21/13 26/9 26/20
family's [3] 17/18 17/19 25/7
Faqiri [1] 1/21
far [2] 17/18 30/1
farm [4] 13/21 15/5 15/6 15/9
farmer [4] 6/9 13/17 13/18 13/19
farmers [1] 15/2
farms [2] 15/2 15/7
faster [2] 8/10 54/19
father [1] 13/24
Federal [1] 1/17
fence [1] 14/14
fight [1] 47/15
fighting [1] 47/14
figure [1] 53/19
Finally [1] 47/5
find [12] 11/11 22/17 22/23 23/10 25/13
25/21 27/11 39/13 40/4 40/6 44/19 44/19
fine [2] 5/16 55/14
finishes [1] 54/19
fire [6] 24/4 25/10 39/14 49/1 49/11 49/20
first [22] 11/5 11/6 17/24 22/25 23/14 24/10
25/17 27/1 27/3 27/5 28/19 29/7 31/12 33/13
34/19 35/11 38/5 40/25 43/17 47/8 50/7
53/24
five [1] 54/3
five-minute [1] 54/3
Floor [1] 1/18
follow [1] 41/7
followed [1] 5/22
following [1] 20/17
forces [1] 47/10
foregoing [1] 58/3
foreign [2] 47/10 47/10
foreigners [1] 47/17
forget [1] 52/20
form [2] 28/7 39/19
forward [1] 37/18
found [3] 41/11 44/4 44/13
four [4] 14/3 18/3 18/23 23/16
frankly [2] 32/11 54/7
Friday [4] 1/6 54/14 54/15 54/15
Friedman [2] 54/1 54/12
friend [8] 27/7 27/7 27/24 28/25 29/8 40/21
48/4 52/8
front [5] 8/17 15/14 40/20 56/2 56/14
frustrated [1] 5/14
further [5] 4/5 5/9 7/23 33/11 44/11

## G

Garatek [12] 12/21 12/23 13/1 13/2 13/3
14/18 14/20 15/18 17/22 19/18 26/16 50/11
gave [3] 4/1 4/7 41/15
gentlemen [1] 20/16
get [21] 6/11 6/14 15/13 15/18 15/23 16/4
16/14 16/16 24/4 30/9 31/13 32/21 39/18
43/23 45/15 45/25 51/17 54/10 54/14 55/9
55/20
getting [1] 34/4
give [11] 3/24 4/5 8/10 9/15 9/18 33/8 36/8
37/23 41/8 52/19 56/4

given [2] 34/14 41/12
giving [2] 4/5 4/5
go [28] 12/1 15/3 16/13 18/19 19/7 22/14
22/14 22/18 23/12 24/1 24/2 25/16 25/20
26/10 27/1 28/20 31/20 33/7 33/16 33/21
36/4 37/18 39/23 48/15 48/16 48/19 49/20
56/8
God [6] 47/1 49/12 49/21 50/4 51/5 51/13
goes [1] 21/2
going [21] 10/17 10/23 22/17 22/23 30/12
30/13 33/11 36/6 36/7 37/24 43/6 43/11
43/13 43/17 43/20 54/6 54/8 54/16 55/17
55/19 55/20
good [9] 5/23 12/6 12/7 40/19 44/24 45/5
56/16 56/21 56/22
got [9] 22/20 26/11 44/1 44/2 44/24 44/25
45/4 53/15 54/17
government [14] 1/12 2/2 11/24 26/4 26/15
27/4 45/15 45/25 46/4 46/20 51/9 51/24 52/1
57/3
Government's [1] 43/15
governor [3] 27/5 50/16 50/17
great [2] 5/18 5/21
greeted [1] 38/5
grew [1] 19/23
Griffith [2] 1/22 58/3
ground [1] 15/16
group [2] 20/19 20/20
grow [2] 13/21 17/14
guess [2] 32/7 32/16
guidance [1] 54/10

## H

Habib [9] 40/10 40/11 50/6 50/8 50/10 50/14
50/21 52/24 52/25
Habibzai [2] 53/2 53/12
had [43] 2/14 3/1 3/14 3/16 3/19 5/3 5/15
5/22 7/9 7/16 16/2 23/1 25/6 26/8 26/23 27/9
27/19 27/24 28/2 28/14 28/24 31/11 32/4
33/23 34/2 34/19 35/15 35/19 36/3 36/22
38/21 38/21 38/23 41/17 41/19 41/21 41/22
42/9 42/13 44/16 47/24 50/15 52/1
Haji [10] 27/17 27/19 27/22 27/23 28/1 28/3
28/12 28/14 40/22 41/24
half [1] 26/21
hand [1] 44/7
happened [5] 3/13 6/4 28/2 38/10 38/14
happens [1] 21/3
happy [1] 56/17
hard [1] 36/10
harder [1] 10/20
has [9] 13/3 20/8 20/20 21/1 22/7 29/18
36/19 46/12 54/2
hat [1] 17/1
have [72]
having [4] 3/8 23/21 30/5 54/20
he [178]
he'll [1] 37/9
he's [6] 18/10 17/7 29/17 30/2 33/10 37/15
43/23 49/13
head [1] 16/25
headache [2] 37/3 37/4
hear [7] 9/19 10/18 22/1 24/15 28/18 43/12
44/6
heard [1] 47/23
hearing [1] 54/20
held [1] 30/16
hello [1] 31/12 33/17 38/12
help [1] 6/2
here [19] 5/4 8/5 8/19 15/21 21/19 24/7
32/13 34/4 36/21 36/24 39/9 39/9 46/4 47/16
47/25 49/15 51/4 51/16 54/15
heroin [5] 2/11 3/9 3/12 3/14 3/19

**H**

HIGGINS [4]  2/2 2/8 7/4 57/4
him [89]
him what [1]  21/2
himself [3]  25/24 26/3 49/24
his [16]  6/2 10/22 10/23 16/25 17/10 17/18
  22/19 23/15 33/13 33/13 34/6 34/10 37/23
  48/8 49/7 53/6
home [3]  22/19 45/20 45/24
Honor [22]  4/21 5/1 5/5 10/14 10/25 12/2
  17/2 17/5 20/7 20/24 22/4 29/16 31/4 33/9
  33/19 39/21 42/15 42/22 43/6 44/5 54/1 55/7
HONORABLE [1]  1/9
Hopefully [1]  36/19
hour [1]  16/18
hours [3]  15/22 15/23 16/5
house [7]  14/1 14/3 14/6 14/8 14/10 29/11
  32/19
houses [1]  14/23
how [40]  2/25 3/25 4/24 6/7 6/10 6/13 6/13
  8/5 8/10 8/17 10/1 12/8 12/22 12/22 13/3
  13/9 13/13 13/19 14/20 15/9 16/16 17/11
  17/13 17/18 18/2 19/17 19/19 21/18 22/6
  22/7 23/14 26/19 27/6 29/12 32/4 32/11
  32/14 34/9 40/12 41/23

**I**

I'd [2]  14/17 20/7
I'll [9]  5/2 22/6 32/21 36/3 36/4 44/19 53/25
  54/12 56/17
I'm [34]  5/4 7/4 10/23 11/5 13/16 21/19 24/7
  24/7 24/12 25/17 25/25 28/18 29/1 29/18
  31/23 32/4 32/11 32/13 32/24 33/9 36/22
  39/24 43/3 43/10 43/17 43/20 45/2 45/22 46/14
  48/16 50/19 54/7 55/16 55/18 56/3
I've [4]  17/23 30/3 44/1 45/7
identification [1]  17/3
identified [1]  17/7
identify [1]  24/17
identity [2]  26/13 27/12
II [1]  20/18
impacts [1]  31/3
important [3]  6/11 9/12 38/18
including [1]  3/3
Indiana [1]  1/18
indicate [4]  9/5 10/9 39/17 43/2
indicated [3]  17/21 36/22 37/22
indictment [1]  20/18
individual [2]  14/23 16/25
individuals [2]  20/20 38/1
indulgence [2]  4/20 6/19
infidels [2]  47/6 47/9 51/14 51/16
information [6]  3/15 26/7 26/23 27/4 33/1
  33/2
informers [2]  45/21 45/24
initially [1]  30/1
instruct [2]  8/5 55/11
instructed [3]  30/4 30/4 32/20
instruction [5]  3/25 4/5 8/10 48/2 48/10
instructions [1]  34/14
instrument [1]  41/17
intend [1]  25/9
interpret [6]  8/20 8/22 10/21 21/2 36/10
  37/9
interpretation [1]  34/5
interpreter [20]  8/9 8/18 8/19 8/19 9/4 9/13
  9/18 9/22 9/25 10/4 10/8 10/9 10/18 21/1
  21/25 30/25 31/17 33/1 36/10 37/25
interpreters [1]  1/21 8/6
interrupt [1]  31/22
interruptions [1]  36/4
introduce [1]  28/15

introduced [3]  27/17 27/19 40/23
introduction [1]  20/4
investigation [1]  20/4
investigations [1]  7/8
involved [4]  25/21 26/13 27/10 45/13
is [166]
isn't [2]  30/16 53/15
issue [2]  29/24 54/19
it [123]
it's [9]  6/3 9/11 10/23 29/17 34/7 36/10
  37/23 48/25 53/15
its [2]  15/7 36/19
itself [1]  55/24

**J**

J-A-W-E-E-D [1]  12/5
JAHN [2]  1/17 57/5
Jalalabad [6]  20/6 21/7 24/4 39/16 41/2 49/3
jareebs [1]  15/10
Jaweed [48]  2/11 2/14 2/16 2/19 3/1 3/9 3/10
  3/11 3/14 3/16 3/18 3/24 4/14 4/25 5/6 6/16
  7/9 7/17 8/3 8/16 11/24 11/25 12/5 12/6
  12/22 16/19 30/4 30/6 30/12 30/13 31/15
  31/20 32/8 32/24 33/5 33/25 34/1 34/14 36/7
  36/22 36/25 37/5 37/10 38/4 43/10 53/18
  56/20 57/7
Jeff [1]  28/21
JEFFREY [1]  57/4
Jihad [6]  47/6 47/12 47/14 47/15 49/13
  49/22
job [1]  5/18
judge [1]  1/10 7/1 8/24 9/6 54/1 54/12
judges [2]  54/24 55/2
JULIUS [1]  1/12
juror [2]  11/6 11/6 55/12 56/15
jurors [3]  44/6 55/11 56/13
jurors' [1]  6/25
jury [15]  1/10 2/3 8/15 8/17 9/10 9/19 9/22
  11/2 34/13 36/24 37/20 38/10 55/16 55/19
  56/19
jury's [3]  34/6 36/21 43/7
just [39]  3/4 3/13 4/13 7/15 7/19 7/20 8/5 8/8
  8/10 8/13 8/25 10/3 10/19 11/11 16/16 30/25
  31/3 32/15 36/3 37/12 37/22 38/12 43/3 43/4
  43/10 43/12 43/20 44/5 46/5 47/23 53/18
  54/22 55/11 55/24 56/2 56/5 56/6 56/8 56/12
Justice [1]  1/13

**K**

keep [7]  29/4 45/23 46/3 48/8 48/8 49/13
  49/22
keeping [1]  56/6
KHAN [54]  1/6 3/10 17/10 17/11 24/20
  25/10 25/10 28/25 29/8 31/10 32/18 33/20
  34/2 34/20 34/25 35/2 35/11 35/16 35/19
  35/24 36/14 38/24 39/3 39/7 39/17 40/8
  40/12 41/10 42/1 42/4 42/24 44/17 44/23
  45/10 45/19 45/21 46/2 46/9 46/11 46/23
  47/2 47/8 47/22 48/3 48/3 48/7 48/9 49/14
  49/18 50/3 50/5 50/22 51/2 52/7
kill [3]  47/6 49/10 49/17
killed [2]  51/10 51/11
kind [2]  14/24 24/12
knew [5]  6/13 12/20 21/19 27/6 32/10
know [32]  6/10 11/16 17/9 17/11 19/17
  21/21 22/6 22/7 22/12 22/13 23/8 24/6 24/12
  24/22 25/13 30/2 30/15 32/8 39/2 39/10
  45/12 46/4 46/18 51/20 51/21 51/23 54/17
  54/18 55/12 56/2 56/4 56/13
knowing [2]  30/6 32/3
knowledge [4]  21/7 21/10 22/8 30/13
known [2]  17/13 19/19
KOLLAR [1]  1/9

KOLLAR-KOTELLY [1]  1/9
KOTELLY [1]  1/9
Kunar [4]  48/13 48/15 48/16 48/19

**L**

Ladies [1]  20/16
land [5]  13/16 15/6 15/7 15/8 15/9
lapel [1]  10/17
last [3]  31/9 34/10 47/5
later [3]  23/4 23/16 26/21 28/15 29/14 38/19
  49/11
Latif [10]  27/17 27/19 27/22 27/23 28/1 28/3
  28/12 28/14 40/22 41/24
latitude [1]  39/20
law [4]  13/25 52/7 52/9 52/10
lawyer [2]  36/6 36/13
lead [1]  32/15
leading [1]  28/8
learn [1]  3/13
learned [1]  26/23
least [2]  3/5 7/18
leave [4]  8/14 8/25 23/5 56/11
leaving [2]  8/12 37/15
left [3]  2/8 2/9 23/8
less [1]  14/21
let [18]  8/8 8/12 22/1 22/6 24/9 27/22 31/22
  34/3 34/6 34/7 36/10 38/20 43/4 46/5 49/20
  51/20 51/21 55/8
let's [4]  17/24 36/18 49/7 52/4
life [4]  12/22 17/22 25/6 25/7
lights [1]  15/22
like [11]  8/4 14/6 14/7 14/17 14/24 20/7 41/8
  41/19 41/21 42/19 52/2
limit [1]  30/8
line [39]  43/21 44/1 44/11 44/20 44/23 45/2
  45/3 45/10 45/16 45/19 46/5 46/6 46/13
  46/14 46/21 47/17 47/23 48/5 48/13 48/22
  48/25 49/4 49/7 49/10 49/12 49/25 50/3 50/3
  50/7 50/24 51/12 52/4 52/7 52/11 52/14
  52/18 52/25 53/7 53/7
Lisa [2]  1/22 58/3
listen [2]  42/9 42/23
little [9]  11/13 14/6 17/17 31/25 32/15 34/4
  34/12 39/20 44/11
live [14]  12/12 12/14 12/16 12/17 13/23 14/1
  14/1 14/3 14/20 14/22 14/23 14/24 18/2
  18/19
lived [1]  13/3
living [2]  14/25 18/5
local [1]  51/9
located [1]  20/5
long [24]  10/20 11/17 12/22 13/3 13/4 13/4
  13/9 13/19 13/20 16/16 17/13 17/14 18/2
  18/3 19/19 23/14 26/19 29/12 31/16 36/9
  36/21 40/12 48/4 54/7
long-time [1]  48/4
look [3]  9/21 11/9 51/19
lost [1]  21/12
lot [2]  52/19 52/22

**M**

made [3]  14/8 30/12 42/10
majority [1]  15/5
make [13]  6/13 8/10 10/20 32/2 32/16 32/25
  34/5 44/5 50/4 51/19 53/6 53/10 56/9
makes [3]  10/20 29/4 31/17
man [7]  6/10 16/24 17/9 19/13 19/14 19/14
  19/17
many [9]  2/25 4/24 12/24 13/13 14/20 15/19
  16/2 19/9 45/20
marked [2]  42/17 43/8
market [5]  16/11 16/13 16/17 19/4 19/5
married [2]  13/7 13/9

## M

matter [2]  54/3 58/5
matters [2]  54/17 54/24
MATTHEW [1]  1/12
may [9]  1/6 7/24 11/5 29/20 43/5 43/6 45/24 45/25 53/25
me [60]
mean [3]  47/11 50/6 53/8
means [3]  47/13 49/16 49/19
mechanical [1]  1/25
meet [5]  42/5 6/3 28/25 30/13 38/15
meeting [26]  2/22 3/10 3/11 3/23 4/14 6/3 6/6 23/5 23/8 23/14 26/17 29/10 30/1 38/20 38/24 39/6 40/12 40/15 40/21 40/25 41/4 41/6 41/25 42/1 42/4 42/10
meetings [3]  5/25 6/1 7/14
members [2]  53/12 55/16
mention [3]  34/25 35/2 38/20
mentioned [4]  14/5 18/15 41/15 48/13
met [2]  2/11 23/24 27/19 44/18
meters [1]  17/20
mic [1]  10/17
microphone [1]  23/20
middle [4]  48/1 48/5 54/13 55/1
might [4]  2/24 3/2 3/16 11/4
mind [5]  25/15 25/19 37/22 55/6 56/6
mines [7]  44/12 44/13 44/14 44/16 44/19 46/9 46/15
minute [2]  8/5 54/3
minutes [5]  8/13 14/17 16/18 37/6 37/11
missiles [14]  24/4 25/9 39/13 39/14 41/11 41/13 43/25 44/2 44/4 44/19 45/6 45/9 49/1 49/12
missing [1]  5/4
MOHAMMED [59]
Mohammed's [1]  48/9
moment [7]  4/20 5/5 10/25 31/23 40/11 43/4 53/19
Monday [4]  53/23 55/18 56/17 56/21
money [10]  24/8 24/8 47/1 47/4 47/4 52/14 52/16 52/17 52/19 52/22
monitors [1]  6/25
months [2]  23/16 26/21
more [12]  3/2 3/5 7/17 7/18 19/24 20/19 27/23 37/10 38/16 50/15 53/15 56/13
morning [3]  53/24 54/17 56/21
most [6]  7/14 14/22 14/25 15/2 15/18 17/21
mother [1]  13/24
mother's [1]  56/17
mothers [1]  56/17
move [6]  4/19 11/4 11/15 18/24 26/20 34/8
moved [9]  17/25 18/15 19/9 21/8 21/9 21/10 21/12 21/13 21/16
moving [2]  4/24 30/19
Mr [4]  2/8 32/24 57/6 57/8
Mr. [31]  3/14 3/19 4/15 5/14 6/16 7/9 8/3 8/16 12/6 12/22 16/19 30/4 31/15 31/20 33/5 33/25 34/1 34/14 34/20 36/7 36/22 36/25 37/5 37/10 38/4 38/4 40/2 43/10 53/18 54/20 56/20
Mr. Jaweed [24]  5/14 6/16 7/9 8/3 8/16 12/6 12/22 16/19 30/4 31/15 31/20 33/5 33/25 34/1 34/14 34/20 36/7 36/22 36/25 37/5 37/10 38/4 38/4 40/2 43/10 53/18 54/20 56/20
Mr. Khan [1]  34/20
Mr. Mohammed [6]  3/14 3/19 4/15 38/4 40/2 54/20
Ms [2]  6/24 57/5
much [4]  12/22 15/9 55/21 56/13
mud [2]  14/8 14/8
must [2]  40/5 40/6
mutually [1]  24/24

## N

Naim [1]  1/21
name [14]  10/22 10/23 11/25 16/9 16/10 16/11 17/9 17/10 19/14 19/15 28/21 32/1 56/1 56/3
Nangarhar [2]  12/13 12/14
Narcotics [1]  1/13
nearest [1]  6/14
need [4]  23/21 34/3 53/24 55/5
needed [1]  6/14
needs [2]  11/19 24/8
never [2]  5/22 41/17
new [2]  1/14 46/22
news [2]  44/25 45/5
next [8]  8/2 8/9 44/1 46/21 46/21 54/8 54/14 54/15
no [32]  1/3 4/1 4/4 4/7 4/12 5/9 6/3 7/18 13/6 15/12 17/4 17/23 19/9 21/9 23/3 23/10 23/19 23/19 25/2 25/4 25/12 27/21 33/20 34/2 40/17 41/14 41/20 41/22 43/19 50/16 55/3 55/4
not [58]  3/3 4/4 4/12 4/14 6/9 8/24 9/12 9/21 9/25 10/1 11/5 11/19 15/12 16/3 22/1 22/13 23/10 24/12 24/22 25/5 25/6 25/12 26/14 26/8 27/2 28/18 29/18 30/5 30/21 31/13 31/16 32/4 32/11 32/16 34/7 34/15 34/22 35/7 35/13 36/21 36/22 39/5 40/19 40/19 41/22 44/13 46/24 47/24 47/24 52/8 52/17 52/19 53/25 54/8 55/1 55/6 55/14 56/3
note [1]  22/1
notebooks [1]  56/11
notes [1]  55/13
nothing [2]  14/13 38/18
noticed [1]  52/1
now [38]  2/18 3/8 4/17 11/10 12/20 12/22 13/5 13/21 14/1 14/5 14/17 14/25 15/11 16/19 17/2 17/21 18/12 19/23 21/13 22/14 23/1 23/17 33/10 41/12 41/25 43/3 43/17 44/1 44/23 45/10 46/5 46/9 47/8 48/22 48/25 50/12 50/13 52/14
number [8]  11/6 20/22 20/23 43/15 55/12 56/3 56/4 56/6
nurse [1]  37/14
NW [2]  1/14 1/18

## O

o'clock [1]  54/24
object [1]  17/5
objection [15]  4/16 5/1 17/4 21/23 21/25 22/2 22/3 28/4 28/6 28/7 29/16 29/19 29/23 33/19 39/19
objections [2]  31/1 31/2
obtain [1]  40/3
obtaining [1]  25/9
occasion [3]  3/5 18/24 23/18
occasionally [1]  43/10
occupation [1]  13/15
occur [1]  2/21
occurred [1]  2/12
October [10]  2/9 2/18 2/22 2/23 3/1 3/20 3/21 4/11 4/14 6/17
October 18 [1]  6/17
October 18th [1]  2/9
October 21 [1]  2/23
October 21st [1]  3/21
off [3]  2/8 2/9 32/21
office [6]  1/17 51/5 51/7 51/8 51/8 51/9
official [2]  19/24 50/15
okay [47]  3/17 7/11 7/15 7/19 8/8 8/21 9/1

## P (second column top)

my [22]  3/21 5/21 11/25 12/24 13/24 13/24 17/14 22/25 25/6 25/6 27/12 30/3 31/2 31/21 31/25 46/22 46/24 47/8 48/4 48/8 54/23

## N (duplicate — second column) 

[This is the continuation]

96/8 9/14 9/20 9/23 10/12 10/23 11/1 11/18 11/20 12/14 12/17 13/4 13/9 21/22 30/16 28/10 30/23 31/7 32/22 33/3 33/7 34/7 35/1 35/18 35/25 36/12 37/5 37/12 37/13 37/18 40/11 43/14 44/9 44/20 46/5 47/22 50/3 50/14 52/4 55/8 55/21
old [3]  12/8 12/9 27/7
older [3]  17/16 17/17 19/21
once [2]  48/15
one [24]  3/2 3/5 3/6 4/20 6/5 7/13 7/18 10/25 11/5 11/15 14/3 14/3 14/4 16/18 19/13 23/4 23/19 28/21 28/22 31/23 39/22 44/18 52/8 56/6
only [10]  3/2 3/12 7/16 8/20 8/23 15/22 19/7 30/11 46/25 51/20
Open [1]  11/21 30/24 32/23 55/15
opinion [1]  5/21
opportunity [2]  22/24 42/9
opposite [1]  11/7
order [2]  11/23 34/5
orders [1]  5/22
organization [2]  15/21 20/19
other [12]  3/15 11/14 19/10 23/4 28/15 28/22 40/13 40/16 40/20 44/18 51/23 54/24
others [1]  45/11
our [14]  5/22 7/14 17/12 45/11 45/13 45/24 47/6 49/13 49/22 52/7 53/2 53/5 53/6 53/10
out [27]  8/15 8/25 9/11 9/21 11/11 12/24 15/14 16/22 17/23 18/4 22/17 23/10 25/13 25/21 27/11 34/13 37/22 40/14 51/17 53/19 55/11 55/20 55/24 55/25 56/6 56/8 56/19
outside [1]  15/12
over [2]  36/19 53/23
own [3]  15/7 15/8 53/10
owned [1]  41/19
owns [1]  15/8

## P

p.m [3]  1/5 1/7 56/23
Page [4]  48/25 50/24 51/2 52/4
Pakistan [9]  18/7 18/9 19/3 19/7 21/11 34/24 41/4 50/13 50/20
paragraph [1]  48/1
part [7]  25/17 28/19 31/13 32/12 33/13 34/7 36/9
participants [1]  6/5
particular [9]  12/14 12/15 12/18 18/24 19/13 30/16 37/1 39/21 39/22
parties [3]  20/9 20/13 20/15
partners [1]  24/24
Pashto [2]  9/17 31/25
patience [1]  37/21
pause [5]  5/8 42/21 43/4 43/11 54/21
pay [3]  19/6 47/4 52/22
people [34]  14/20 14/22 15/3 15/4 15/18 15/19 16/2 16/4 19/9 23/4 25/21 26/13 27/12 28/15 28/17 40/7 40/8 40/13 40/16 40/20 47/15 48/2 48/4 48/11 48/11 48/15 48/19 49/5 49/5 52/3 52/16 53/6 56/13 56/13
per [1]  15/23
perform [1]  5/24
perhaps [3]  22/6 33/4 54/4
period [5]  18/19 19/8 31/17 36/9 37/12
person [9]  16/22 19/6 24/15 24/17 24/23 25/13 25/13 27/8 27/13
perspective [1]  34/7
Peshawar [12]  18/6 18/20 18/22 18/24 21/8 21/10 21/13 21/16 28/3 38/21 38/24 50/20
Peterson [1]  6/25
phones [1]  42/24
photo [1]  6/21
pick [1]  56/12
picked [1]  32/1

**P**

piece [1] 15/7
pieces [3] 31/19 33/1 33/2
place [5] 2/22 6/4 6/14 29/10 49/1
placed [1] 45/7
Plaintiff [1] 1/4
plan [3] 26/6 26/11 41/7
played [1] 43/15
playing [1] 43/7
please [4] 8/3 9/3 11/22 16/22
point [24] 4/18 11/4 11/5 16/22 18/12 19/23
21/14 23/11 27/13 28/15 34/6 34/10 36/2
41/12 42/15 42/22 42/24 43/6 45/22 50/14
51/3 53/11 53/14 53/16
points [1] 31/16
police [1] 27/17
poor [1] 6/1
portion [1] 43/11
possession [1] 41/13
power [1] 21/12
prepared [1] 15/21
Present [3] 2/3 11/2 37/20
Presently [1] 50/20
pretty [1] 22/9
previously [4] 2/2 30/6 30/15 44/16
privacy [1] 14/15
probably [2] 5/22 53/14
problem [5] 45/14 45/15 51/25 55/4 55/14
problems [1] 56/10
proceed [6] 2/4 3/25 34/9 36/18 36/20 38/2
proceedings [6] 1/25 5/8 42/21 54/21 56/23
58/4
produced [1] 1/25
program [3] 53/7 53/8 53/10
proper [1] 6/14
proposed [1] 24/10
protects [1] 14/14
provides [1] 14/15
province [8] 12/13 12/14 19/24 20/1 20/6
48/17 48/18 50/15
Public [1] 1/17
publish [1] 7/1
pull [4] 55/11 55/24 55/25 56/5
purpose [3] 3/8 3/12 38/12
purposes [1] 10/22
put [12] 6/14 10/17 11/8 34/11 42/25 44/7
55/11 56/1 56/2 56/2 56/3 56/6

**Q**

Qari [1] 53/1
question [27] 5/13 6/15 9/4 9/5 9/5 9/7 9/11
9/16 9/17 9/23 10/5 10/7 21/1 22/7 28/7 28/8
31/1 31/9 32/7 32/16 36/5 36/6 36/8 37/24
39/24 39/25 47/8
questions [4] 5/9 7/23 8/20 10/19
quite [1] 53/15

**R**

Rahman [43] 19/14 19/24 21/7 21/14 22/20
23/25 24/1 25/15 25/23 26/2 26/17 26/23
27/24 28/13 30/6 30/16 32/1 32/3 32/4 32/8
32/11 32/12 33/18 33/23 34/1 35/4 35/4 35/6
35/15 35/19 38/25 39/1 39/7 40/10 40/16
41/4 48/12 50/6 50/22 52/24 53/1 53/2 53/11
Rahman's [2] 23/5 23/12
rather [2] 6/10 8/12
re [1] 36/5
re-ask [1] 36/5
reached [1] 20/14
reaction [1] 24/21
read [2] 20/8 43/17
ready [2] 2/4 37/18

realize [1] 56/14
really [2] 14/16 41/6
recall [4] 3/18 7/13 30/12 40/25
recent [1] 3/3
recollection [1] 3/21
recommend [2] 42/23 55/10
record [10] 7/20 10/23 10/24 12/5 17/2 17/6
20/8 43/2 43/20 58/4
recorded [1] 1/25 5/25
recorder [6] 6/13 41/8 41/19 41/21 41/23
42/7
recording [18] 4/6 4/7 6/8 41/18 42/10 42/12
42/13 43/12 44/21 45/17 46/7 47/20 48/23
49/8 50/1 50/25 52/5 52/12
recordings [3] 4/10 6/11 6/16
RECROSS [1] 57/2
Red [2] 46/11 46/16
Redirect [3] 5/10 5/11 57/2
refer [4] 30/5 40/8 47/16 51/7
reference [1] 50/8
referred [1] 48/4
referring [8] 39/15 40/9 45/1 46/18 47/9
49/14 49/14 52/9
refers [2] 46/1 53/8
reflect [2] 17/3 17/6
reflection [2] 6/1 6/2
regard [2] 4/15 54/14
regarding [1] 38/24
relay [2] 26/23 27/4
remember [12] 3/2 3/5 4/8 5/17 18/21 31/18
33/5 33/10 33/12 34/22 42/12 56/12
remembered [1] 32/2
remind [2] 6/7 10/19
repack [1] 26/19
repeat [6] 28/19 29/1 29/18 31/14 31/20
39/25
rephrase [1] 28/9
replied [2] 39/10 52/17
replies [1] 9/12
report [3] 30/15 45/25 51/23
reporter [4] 1/22 8/23 9/3 58/2
requested [2] 16/2 16/4
residence [1] 14/6
respect [1] 20/17
responds [1] 53/1
response [5] 5/13 6/15 24/10 45/7 49/7
responses [1] 8/22
resume [1] 56/20
resumed [10] 44/21 45/17 46/7 47/20 48/23
49/8 50/1 50/25 52/5 52/12
return [1] 26/16
returned [5] 26/22 29/7 29/12 31/10 34/24
reveal [2] 16/22 27/11 45/11 46/24
reword [1] 22/5
right [31] 2/4 2/10 2/12 3/4 5/10 7/2 7/24 8/2
10/13 11/18 17/6 20/10 20/25 26/10 28/22
29/21 30/7 32/13 34/3 36/2 36/13 36/18
37/14 37/21 42/18 42/25 43/3 48/10 50/7
55/16 56/20
rockets [2] 39/18 40/3
role [3] 8/18 19/24 50/15
room [2] 1/23 55/19
ROTHSTEIN [2] 1/12 57/6
RPR [1] 1/22
rulings [1] 31/3
run [2] 54/16 54/18
running [1] 15/11
Russian [2] 18/1 47/15
rusty [1] 31/25

**S**

said [20] 5/18 8/23 10/5 24/4 27/25 29/18
31/12 32/18 33/9 33/10 33/17 35/2 38/5

38/15 48/1 48/3 51/9 53/9 55/8 55/23
Saidi [1] 53/1
same [12] 7/21 7/22 14/1 14/24 15/6 16/1
17/14 44/3 50/21 53/2 53/5 56/5
saw [4] 21/14 21/15 22/22 28/12
say [33] 5/19 8/23 9/3 9/25 10/1 10/3 10/6
10/10 13/17 22/22 24/14 28/9 28/12 29/15
30/2 30/21 31/11 32/8 32/9 32/10 35/18
38/12 38/18 40/6 44/1 44/23 45/2 47/3 48/7
49/11 52/2 53/5 56/14
saying [5] 10/9 10/18 31/18 46/2 47/2
says [25] 31/3 44/23 45/4 45/19 46/9 46/12
46/15 46/21 47/1 47/5 47/12 48/19 48/25
49/10 49/12 49/17 49/20 49/21 49/22 50/3
51/12 51/19 52/7 52/18 53/6
schedule [1] 54/23
school [2] 13/5 15/3
scope [1] 5/1
screen [1] 17/1
seat [6] 11/6 55/12 56/3 56/3 56/6 56/11
second [2] 18/15 23/17 23/24 31/13
secret [6] 45/11 46/22 46/24 48/8 48/8 48/9
secrets [1] 52/8
Section [1] 1/14
see [24] 11/9 11/10 11/18 16/19 21/18 21/19
21/21 22/7 22/12 22/14 22/18 22/20 22/25
27/1 27/8 28/25 29/8 29/13 31/10 43/3 50/7
53/23 56/1 56/17
seeing [1] 29/7
seek [1] 7/1
seem [1] 56/1
seems [1] 11/10
seen [3] 41/17 41/21 41/22
seized [1] 3/9
sent [8] 21/19 27/24 32/4 39/1 39/3 39/8 39/9
39/11
sentence [2] 46/21 47/5
sentences [1] 37/25
separate [1] 44/2
September [4] 6/17 7/5 7/9 7/18
September 14 [1] 6/17
September 6 [1] 7/18
September 6th [2] 7/5 7/9
SESSION [2] 1/5 2/1
set [3] 54/2 54/24 55/8
seven [2] 11/6 56/7
severe [1] 37/3
share [1] 52/8
sheet [2] 55/11 55/22
short [1] 34/8
shorter [6] 10/19 29/4 31/19 32/25 33/2
37/25
shortly [1] 3/23
should [19] 9/21 11/8 21/4 22/1 22/5 24/1
24/2 33/10 33/11 34/9 34/15 46/3 46/24
46/25 51/17 52/8 53/16 54/3 55/1
showed [1] 41/23
showing [1] 7/4
side [2] 5/3 11/7
similar [3] 14/22 16/4 47/16
simple [2] 6/10 22/9
simply [2] 10/3 36/3
since [7] 13/4 13/20 17/14 36/24 37/3 42/9
42/25
sir [6] 7/24 12/6 12/8 13/7 43/17 43/18
sisters [1] 13/25
sisters-in-law [1] 13/25
sit [1] 50/4
sitting [2] 8/12 28/22
six [2] 12/9 13/14
small [1] 41/17
smoothed [1] 36/19
so [59]

**S**

some [15]  15/2 15/3 18/12 28/14 34/8 37/17
39/9 44/7 44/23 45/4 51/23 54/10 54/18
55/12 56/1
someone [8]  6/3 7/12 21/19 27/11 27/14 28/1
45/12 50/11
something [21]  5/3 5/16 8/25 22/24 27/9
31/5 31/9 33/10 33/18 34/15 34/25 36/23
37/1 37/2 37/15 39/10 41/8 41/15 47/14
51/20 55/4
sometimes [2]  12/25 36/10
somewhere [2]  45/8 45/24
sorry [12]  25/17 25/25 28/18 29/1 31/23
32/24 33/9 39/24 45/2 46/14 50/19 56/3
sort [1]  36/19
sorts [1]  13/21
sounds [1]  2/10
sources [1]  29/24
speak [9]  9/10 23/20 23/21 27/25 31/16 37/8
38/15 38/18 41/9
speaking [2]  16/22 37/9
SPECIAL [1]  2/2
specific [2]  4/1 37/25
Speculation [1]  22/4
spell [1]  10/23
spelled [1]  12/5
spelling [1]  10/22
spent [3]  12/23 17/21 18/3
spoke [1]  41/3
spoken [1]  30/5
stand [1]  11/22
standard [2]  5/23 6/3
start [2]  54/5 55/9
started [1]  37/23
starting [1]  54/25
starts [2]  32/21 54/2
statement [2]  20/11 29/25 30/1 30/12
STATES [4]  1/1 1/3 1/10 20/17
status [1]  54/3
stenography [1]  1/25
step [1]  7/24
sticking [2]  3/4 4/13
STIGLITZ [2]  1/12 57/8
still [6]  6/21 7/5 7/22 21/7 53/12 54/15
stipulation [3]  20/8 20/22 20/23
stipulations [2]  20/11
stop [4]  11/9 31/16 53/16 55/17
stopped [1]  40/17
stopping [2]  36/9 53/17
straight [1]  54/18
stricken [2]  34/11 37/23
strike [2]  24/9 34/6
stuck [2]  54/13 55/1
student [1]  15/3
style [1]  14/22
sub [4]  20/20 27/5 50/16 50/17
sub-governor [3]  27/5 50/16 50/17
subsequently [1]  42/1
successful [3]  52/19 52/21 53/9
such [1]  37/4
summarize [1]  8/25
superiors [1]  22/25
support [1]  19/2
supposed [1]  35/2
sure [17]  6/13 8/7 11/5 23/22 27/3 29/3
29/18 32/2 32/4 32/11 34/5 36/22 39/6 44/5
51/19 54/25 56/9
surrounded [1]  14/9
surrounds [1]  14/11
sustain [1]  5/2
switch [2]  11/7 11/19
sworn [4]  2/2 8/16 11/23 11/24

**T**

tablets [1]  37/17
take [15]  8/4 14/17 15/14 26/19 27/22 29/10
30/4 34/8 37/15 37/22 41/9 50/4 51/13 54/7
56/22
take a [1]  34/4
takes [1]  6/4
taking [2]  13/16 51/15
Taliban [11]  20/2 20/3 20/18 21/12 27/9
30/15 47/4 48/21 49/6 49/19 53/12
Taliban's [1]  52/10
Talibans [1]  50/18
talk [14]  9/15 17/24 22/25 32/3 32/9 35/23
36/9 36/16 36/16 41/14 42/5 53/24 55/5
56/18
talked [3]  35/24 36/14 39/6
talking [18]  33/25 38/1 43/23 44/2 45/5 45/8
45/21 48/5 48/11 48/14 48/20 49/2 49/5
49/18 49/22 50/5 51/14 52/20
tape [2]  11/9 41/8
target [1]  49/4
tasked [1]  6/16
taskings [1]  4/1
telephone [2]  35/3 35/5
tell [37]  3/16 4/2 10/4 10/14 22/17 23/25
24/2 25/3 25/6 27/8 27/23 31/4 33/11 35/10
36/5 36/7 37/2 37/5 37/16 38/23 39/3 39/7
39/11 41/10 41/11 45/7 45/12 45/23 46/3
46/24 48/10 53/4 53/16 54/12 54/25 55/13
55/17
telling [12]  6/12 23/3 33/23 46/11 46/23
47/22 48/16 51/3 51/4 51/16 52/1 53/3
tells [1]  44/25
term [5]  41/16 47/9 47/12 47/13 47/16
terms [9]  8/5 22/6 28/9 30/11 33/13 34/4
34/9 34/10 46/18
terrorist [2]  20/18 20/21
testified [1]  6/15
testimony [5]  8/25 9/9 34/16 34/23 56/21
than [9]  3/2 3/6 8/12 14/21 17/16 17/16
17/17 19/21 22/21
Thank [4]  5/9 7/25 12/2 37/21
Thanks [1]  21/5
that [269]
that's [19]  3/7 3/15 4/16 6/18 7/7 10/4 15/16
30/10 30/11 30/18 32/13 32/20 33/20 35/14
36/1 36/23 54/19 55/14 55/14
their [6]  15/8 21/12 42/23 55/11 55/12 55/13
them [24]  10/20 15/2 15/3 25/11 27/10 29/4
36/5 40/6 41/3 41/6 42/25 43/1 45/15 46/10
46/10 47/6 51/13 51/14 51/17 53/22 53/25
54/25 55/12 56/10
then [35]  3/5 9/18 10/6 10/10 10/10 11/9
12/17 22/7 22/8 28/1 33/7 34/3 35/5 36/5
36/18 37/6 37/11 37/14 38/13 38/14 39/2
40/13 40/14 40/22 47/1 47/1 47/3 51/23
52/19 52/22 53/9 54/4 54/4 55/3 56/8
there [70]
there's [1]  37/1
therefore [1]  30/6
these [23]  6/11 6/24 14/22 24/22 25/21 25/22
27/12 28/1 44/24 44/25 45/4 47/5 48/2 48/4
48/11 48/15 48/19 49/5 51/13 51/16 52/16
52/21 53/9
they [30]  8/22 9/22 10/18 14/23 14/24 15/2
16/2 16/3 16/4 30/19 41/8 41/9 41/10 45/12
45/24 46/4 48/2 49/10 49/11 49/14 49/17
49/19 51/10 51/23 52/1 52/2 52/17 56/10
56/14 56/14
they're [2]  15/3 20/13
they've [1]  20/14
thing [12]  11/14 23/3 30/11 38/5 40/19 41/11

**T**

43/23 44/1 44/3 45/7 53/24 54/19
things [20]  14/14 24/24 24/22 28/1 31/6
34/8 44/3 44/24 44/25 45/5 52/2 56/9
think [15]  2/8 3/1 4/16 4/18 10/13 11/8 18/3
22/5 30/11 32/1 36/1 37/12 53/14 53/15 56/5
Thirty [1]  12/9
Thirty-six [1]  12/9
this [107]
those [11]  2/21 16/3 17/24 28/17 39/18 40/4
40/7 40/8 51/9 56/12 56/16
though [1]  6/8
thought [5]  5/16 5/18 24/7 29/24 30/18
three [6]  4/17 14/3 18/3 18/23 29/14 53/4
through [1]  54/18
till [1]  55/9
time [34]  2/14 4/3 7/8 13/4 13/4 13/20 17/14
17/24 18/3 18/5 18/15 18/19 19/20 20/5 20/7
21/8 21/14 23/1 23/3 23/8 23/11 27/17 23/24
25/8 27/5 27/7 36/23 37/12 48/4 50/8 50/14
53/11 54/7 55/21
times [3]  4/17 4/24 17/23
timing [1]  53/20
title [1]  30/16
today [2]  37/11 50/19
together [12]  7/14 17/14 24/16 24/24 24/25
34/12 38/15 38/19 47/3 48/3 48/7 53/1
told [35]  22/23 24/1 24/12 24/14 24/15 24/21
24/22 24/22 25/6 25/8 25/15 25/19 27/9
28/13 30/9 31/4 32/8 32/8 33/11 33/17 34/22
34/25 35/19 39/1 39/2 39/9 39/13 40/4 40/4
41/9 44/18 47/24 48/2 48/15 52/2
too [3]  31/16 44/2 46/16
took [1]  2/22
top [3]  48/25 52/4 53/7
topic [1]  44/16
toward [6]  24/4 39/14 43/22 45/3 49/1 51/12
towards [1]  5/16
town [2]  16/7 16/10
transaction [2]  2/12 3/13 3/14 3/20
transcript [5]  1/9 1/25 43/8 56/5 58/4
transcripts [2]  42/16 55/22
translate [1]  31/2
translated [1]  9/18
trial [2]  1/9 54/2
tries [1]  46/24
trouble [2]  23/21 54/20
trust [1]  40/7
try [5]  6/4 27/3 34/11 54/23 55/20
trying [7]  43/3 45/23 46/3 47/3 48/7 52/16
53/4
Tucker [1]  28/22
turn [6]  6/13 10/16 19/13 42/3 43/7 43/20
turns [1]  10/15
Twenty [1]  15/10
two [15]  7/16 8/5 8/13 15/22 15/23 16/5
17/17 17/23 20/19 26/21 26/21 29/14 44/2
51/21 54/9
two-day [1]  54/9
two-minute [1]  8/5
type [1]  39/11

**U**

U.S [2]  1/13 1/22
ultimately [2]  22/14 27/22
unaware [1]  24/13
under [3]  5/20 7/11 7/11
understand [23]  6/10 8/18 9/2 9/3 9/5 9/17
9/23 9/24 9/25 10/1 10/2 10/4 10/5 10/6 10/8
10/10 27/2 30/20 35/7 35/21 36/15 39/5
43/10
understanding [1]  30/3 47/13
understood [2]  32/2 36/17
undisputed [2]  20/13 20/13

## U

UNITED [4]  1/1 1/3 1/10 20/16
unless [2]  5/3 9/11
unringing [1]  32/5
until [1]  54/18
up [25]  5/23 6/21 15/22 17/14 19/23 23/21
27/22 32/1 34/10 34/15 34/23 35/13 41/7
44/7 44/15 46/9 46/10 46/11 46/15 46/19
46/20 53/23 54/7 54/23 56/12
us [14]  6/11 6/12 7/13 10/4 15/21 33/8 38/23
46/4 47/4 48/15 51/21 52/2 52/2 53/4
use [8]  4/5 4/6 6/7 6/11 8/6 37/17 41/23
42/23
used [6]  19/4 19/6 19/6 41/16 47/15 47/16
uses [2]  47/9 47/12
using [1]  8/9

## V

VANEGAS [1]  1/16
various [1]  14/11
vegetable [2]  19/4 19/5
very [6]  5/13 37/25 44/24 45/5 54/3 56/16
video [3]  6/16 7/5 7/9
videotape [5]  4/10 7/21 7/22 11/5 11/11
videotapes [1]  7/16
view [1]  20/12
village [28]  12/15 12/18 12/20 12/23 12/24
13/1 13/3 14/18 14/20 15/1 15/6 15/18 16/1
16/7 16/20 17/12 17/15 17/22 17/25 18/2
18/13 18/16 19/11 26/16 26/17 29/12 38/6
50/21
visit [5]  29/15 35/4 35/5 35/11 36/15

## W

wages [1]  19/6
Wahed [1]  1/21
wait [2]  28/5 53/18
waiting [1]  37/4
walk [1]  16/16
walked [1]  40/14
Walker [2]  1/22 58/3
Walking [1]  16/15
wall [2]  14/14 14/16
walls [1]  14/23
want [23]  6/23 7/19 8/17 8/18 11/6 11/14
19/13 25/1 25/12 27/10 27/25 32/5 35/18
36/23 41/10 42/5 44/5 48/15 48/19 51/21
54/12 54/22 55/25
wanted [12]  6/12 21/21 22/12 22/17 23/9
23/25 25/12 26/12 32/2 32/14 36/4 42/5
wants [4]  11/7 32/4 37/15 42/23
was [92]
Washington [4]  1/6 1/15 1/19 1/23
wasn't [1]  32/3
water [3]  15/11 15/13 15/18
way [6]  5/23 30/3 36/19 55/3 56/4 56/7
we [100]
we'd [1]  7/1
we'll [2]  8/13 10/10 11/19 34/11 36/19 37/6
40/11 45/19 53/16 54/18 56/4 56/11 56/20
we're [16]  2/4 10/13 10/17 23/21 34/4 38/1
43/6 46/6 51/4 51/16 53/14 53/22 54/8 54/16
54/25 55/19
we've [2]  53/15 54/17
weapons [2]  44/24 45/4
wear [1]  56/12
wearing [1]  16/25
week [2]  54/8 54/8
weekend [4]  53/24 56/16 56/21 56/22
well [22]  11/13 13/1 15/5 15/14 15/15 15/16
15/16 16/4 22/5 24/9 30/20 31/2 32/13 33/2
38/16 41/6 49/17 49/20 50/14 51/19 53/11
56/22
went [8]  18/18 18/21 22/19 22/23 23/17 26/6
27/8 40/21
were [34]  5/14 7/8 7/16 7/17 13/1 16/13
16/24 18/5 18/9 18/9 19/2 19/7 19/11 23/11
23/14 27/19 28/17 29/25 30/4 30/4 30/19
32/5 34/14 34/22 37/1 39/3 39/8 39/11 39/15
40/23 41/12 41/12 44/18 47/14
weren't [1]  35/1
what [112]
what's [5]  11/10 22/3 29/23 43/12 47/12
whatever [3]  21/3 35/23 37/23
wheat [1]  13/22
when [75]
Whenever [1]  55/9
where [16]  2/9 11/4 12/10 12/12 15/13 18/5
18/19 20/5 22/18 29/10 40/25 46/13 50/6
50/19 55/5 56/4
Whereupon [1]  56/23
whether [5]  5/14 11/19 39/17 40/2 54/17
which [13]  7/13 9/11 12/20 16/22 20/20
20/20 21/25 37/15 39/15 41/8 48/11 49/2
49/5
while [4]  11/13 12/24 19/2 40/13
who [40]  8/2 13/23 15/5 16/2 16/3 16/4
16/14 19/11 24/15 24/19 25/13 25/13 25/21
26/13 27/1 27/3 27/16 27/17 28/17 29/17 38/1 40/8
41/23 42/23 47/8 48/4 48/5 48/19 49/14 49/18 49/22
50/10 50/12 50/17 51/10 52/20 52/23 54/24 56/16
whoever [1]  9/6
whom [2]  26/14 35/6
whose [1]  52/9
why [24]  5/19 6/7 11/18 21/21 22/12 22/16
24/2 24/6 25/5 25/23 26/2 28/8 32/13 32/15
38/10 38/23 40/6 40/18 45/10 45/14 51/21
51/25 52/2 56/9
wife [1]  13/23
will [36]  8/9 8/10 8/16 8/18 8/22 8/23 8/24
9/16 9/16 9/18 10/4 10/10 22/1 22/25 24/8
24/16 24/24 31/1 37/24 38/15 38/18 39/22
45/15 46/9 47/6 47/6 48/8 49/13 49/21 50/4
51/5 51/13 52/19 52/22 55/18
willing [8]  25/8 25/16 47/1 49/13 49/21 50/4
51/5 51/13
wind [1]  54/7
within [2]  12/14 12/17
without [2]  14/23 36/9
witness [7]  2/2 8/1 8/2 8/9 11/22 11/24 57/2
word [3]  53/2 53/5 53/8
work [11]  8/18 15/2 19/4 19/6 24/16 24/24
39/9 39/11 47/25 48/3 48/7
working [3]  5/20 25/10 43/4
works [1]  34/5
worry [1]  32/5
would [55]  2/16 5/19 6/7 7/13 8/3 8/4 11/10
11/22 12/5 14/5 16/14 16/16 16/22 22/6 22/7
22/9 24/23 24/23 25/20 26/4 31/2 31/15
31/16 32/12 33/7 35/9 36/5 39/17 39/25 40/2
40/7 42/19 42/22 43/7 43/12 45/12 45/12
45/23 46/4 47/4 47/24 48/8 51/25 52/1 52/2
53/10 53/16 53/18 54/4 54/22 55/17 55/21
55/21 56/1 56/11
write [1]  43/18
writing [2]  55/13 56/2

## Y

Yeah [1]  16/11
year [7]  3/4 4/12 4/13 4/24 17/17 21/15
21/16
years [6]  12/9 12/24 13/10 18/4 18/17 18/23
yes [75]

York [1]  1/14
you [433]
you'd [3]  25/8 25/16 53/19
you'll [1]  37/11
you're [12]  11/12 12/10 13/17 20/12 31/18
33/25 37/8 37/12 37/24 43/2 56/13 56/14
you've [3]  17/21 30/20 32/20
young [1]  15/3
younger [3]  17/16 19/21 19/22
your [117]
yours [1]  27/20
yourself [2]  18/9 41/13

## Z

Zai [9]  40/11 40/11 50/6 50/8 50/10 50/10
50/21 52/24 52/25

## 56/22
world [5]
56/22